P61

RECEIVED Mail Room JUL 14 2011 United States Court of Appeals District of Columbia Circuit

CLERK OF COURT OFFICE
UNITED STATES COURT OF APPEAL
FOR THE DISTRICT OF COLUMBIA

Antoine Jones
Plaintiff
V

07-1027
civil-01027-RJC
no-09-5128

Rachel C. Lieber - AUSA
Norma Horne - MPD-Detective
Dennis Harrison - Warden
Stephanie Yanta - FBI Agents
John Geise - AUSA
Unknown-name - FBI Agents

4-D

<u>Requesting Status Report or Acklowledgement that the Court of Appeals Receive Plaintiff's May 29 2011 - Notice to Appeal Honorable Judge Leon leave to file denied on Plaintiff 60(B) motion.</u>

<u>Back Ground</u>

Plaintiff's submitted a <u>60(B) motion</u> in the District Court on <u>April 28 2011</u>, detailing <u>fraud on the court by the defendant(s)</u>, Requesting the District the court to Hear the merit, Honorable Judge Leon wrote "<u>Leave to File denied on Plaintiff motion and the clerk of court Return the Prose motion</u>

back to PLAINTIFF and did not docket or file the motion so the court could review the merits of PLAINTIFF's complaint.

PLAINTIFF's then Filed (in this Court) a petition for a writ of mandamus in a form of notice to appeal Honorable Judge Leon decision to denied PLAINTIFF leave to file his 60(B) motion

PLAINTIFF's is Humbly Requesting a status Report or Acknowledgement of Receipt of His Prose-motion file in the Court of Appeals or a civil-docket entry.

PLAINTIFF's has shown and prove (in his 60(B) motion) clear and convincing evidence that the defendant(s) has committed fraud on the court and Requesting the court of Appeals to order the District court to review the merit in his 60(B) motion.

Respectfully submitted

Antoine Jones
18600-016
USP Florence
PO Box 7000
Florence CO 81226
Date 7-9-2011