# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 11-5191                                              September Term 2010

1:07-cv-01027-RJL

Filed On: August 4, 2011 [1322578]

In re: Antoine Jones,

      Petitioner

**O R D E R**

Because the docketing fee in this case has not been paid, it is

**ORDERED**, on the court's own motion, that by September 6, 2011, petitioner either pay the $450 docketing fee to the Clerk, U.S. Court of Appeals for the District of Columbia Circuit, or file with this court a motion for leave to proceed on appeal in forma pauperis, along with a completed Consent to Collection of Fees and Prisoner Trust Account Report. See Enclosures.

The Trust Account Report form must be given to the Trust Officer for each institution in which petitioner has been confined during the six months preceding the filing of this action. The Trust Officer must complete and sign the Trust Account Report and return the Report and supporting documents to petitioner, who must complete and sign the Motion for Leave to Proceed on Appeal in Forma Pauperis and Consent to Collection of Fees and submit all three documents to the Clerk's Office, U.S. Court of Appeals for the District of Columbia Circuit.

A prisoner who has previously filed three or more civil actions or appeals that were dismissed by a federal court as frivolous, malicious, or for failure to state a claim is not eligible to proceed without prepayment of the full filing fee unless the prisoner is in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g). If the court determines this provision bars petitioner from proceeding without prepayment, petitioner will be required to pay the full filing fee to this court or the case will be subject to dismissal for failure to prosecute. See D.C. Cir. Rule 38.

A request for appointment of counsel does not relieve petitioner of the obligation to file responses to any motion filed by respondents or to comply with any order issued by the court, including a briefing schedule. Failure by petitioner to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioner by whatever means necessary to ensure receipt.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                        BY:       /s/
                                   Jennifer M. Clark
                                   Deputy Clerk