# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**Case No:** 11-5191   **Name:** Antoine Jones

**Title:** In re: Antoine Jones   **Registration No.:** 18600-016

---

## PRISONER TRUST ACCOUNT REPORT

---

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the D.C. Circuit

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action, or appeal a civil judgment, in forma pauperis must obtain from the Trust Officer of each institution in which the prisoner was confined during the six months preceding the filing of the action or appeal, a certified copy of the prisoner's trust account statement for that period. See 28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of September 6, 2011.

**DATE ORIGINAL ACTION FILED:**   July 14, 2011

**TRUST ACCOUNT BALANCE at the time of filing of the original action:**   $_____

**AVERAGE MONTHLY DEPOSITS during the six months preceding the filing of original action:**   $_____

**AVERAGE MONTHLY BALANCE during the six months preceding the filing of the original action:**   $_____

I certify under penalty of perjury that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

**Authorized Signature:**_____   **Date**_____

**Title:**_____