RECEIVED Mail Room
AUG 25 2011
United States Court of Appeals
District of Columbia Circuit

Clerk of Court
United States Court of Appeal
For the District of Columbia Circuit

Case no 11-5177 and Case no 11-5191

In Re: Antoine Jones

### Change of Address

Petitioner was transfer from USP Florence and now in transit at USP Atlanta-Holdover. Hopefully within another week on the next bus to Big Sandy USP, I will be at my final destination USP Big Sandy in Kentuck. I don't know or have B.G Sandy address, I will send it once I get to Big Sandy. If legal mail is sent to Atlanta USP Holdover, it will be forward to USP Big Sandy if I have left here.

In case no-11-5177, I am only sending Prisoner trust Account Report and a copy of my sixth month account, I already sent the other papers.

Also, I am sending the complete Informa Pauperis package for case no-11-5191.

### Appointment of counsel

Petitioner is an unprofessional layman, with very little resources to argue and


Petitioner is Humbly Requesting a Professional Attorney or an Amicus to Represent Petitioner and Argue this Appeal.

Mr Anthony Shelley is familiar with this civil Action because he Argue Part of the issue As An Amicus, Mr Shelley would be a good candidate. Thank you very much

Respectfully Submitted

Antoine Jervo                    Date 8-21-2011
18600-016
now at
USP Atlanta-Holdover
PO Box 150160
Atlanta GA 30315

PS... USP Big Sandy Address
PO 2068
Inez KY 41224

Hope to be there next thursday.