# United States Court of Appeals
### For The District of Columbia Circuit

---

**Case No:** 11-5191

**Title:** In re: Antoine Jones

**Name:** Antoine Jones

**Registration No.:** 18600-016

---

## PRISONER TRUST ACCOUNT REPORT

---

**TO:**   Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the D.C. Circuit

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action, or appeal a civil judgment, in forma pauperis must obtain from the Trust Officer of each institution in which the prisoner was confined during the six months preceding the filing of the action or appeal, a certified copy of the prisoner's trust account statement for that period. See 28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of September 6, 2011.

**DATE ORIGINAL ACTION FILED:**                               July 14, 2011

**TRUST ACCOUNT BALANCE at the time of filing of the original action:**  $ 217.82

**AVERAGE MONTHLY DEPOSITS during the six months preceding the filing of original action:**  $ 1,500.00

**AVERAGE MONTHLY BALANCE during the six months preceding the filing of the original action:**  $ 74.59

I certify under penalty of perjury that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

**Authorized Signature:** _[signature]_    **Date** 08/19/2011

**Title:** CORRECTIONAL COUNSELOR

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 18600016 | Current Institution: | Atlanta USP |
| Inmate Name: | JONES, ANTOINE | Housing Unit: | ATL-J-B |
| Report Date: | 08/17/2011 | Living Quarters: | J03-305L |
| Report Time: | 11:47:53 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1144 |
| PAC #: | 578754673 |
| FRP Participation Status: | No Obligation |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 7/10/2008 |
| Local Account Activation Date: | 8/5/2011 8:01:31 AM |
| Sort Codes: | |
| Last Account Update: | 8/17/2011 11:27:37 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $217.82 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $217.82 |
| National 6 Months Deposits: | $1,500.00 |
| National 6 Months Withdrawals: | $1,311.92 |
| National 6 Months Avg Daily Balance: | $74.59 |
| Local Max. Balance - Prev. 30 Days: | $222.82 |
| Average Balance - Prev. 30 Days: | $67.78 |

## Commissary History

### Purchases

Validation Period Purchases: $13.97
YTD Purchases: $13.97
Last Sales Date: 8/15/2011 9:33:39 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $320.00
Expended Spending Limit: $10.45
Remaining Spending Limit: $309.55

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

# Inmate Statement

🖨 PRINT

| | | |
|---|---|---|
| **Inmate Reg #:** | 18600016 | **Current Institution:** Atlanta USP |
| **Inmate Name:** | JONES, ANTOINE | **Housing Unit:** ATL-J-B |
| **Report Date:** | 08/17/2011 | **Living Quarters:** J03-305L |
| **Report Time:** | 11:40:05 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ATL | 8/17/2011 11:27:37 AM | TL0817 | | | TRUL Withdrawal | ($5.00) | | $217.82 |
| ATL | 8/15/2011 3:07:00 PM | 33307911 | | | Western Union | $150.00 | | $222.82 |
| ATL | 8/15/2011 9:33:39 AM | 61 | | | Sales | ($9.17) | | $72.82 |
| ATL | 8/9/2011 11:38:36 AM | TL0809 | | | TRUL Withdrawal | ($5.00) | | $81.99 |
| ATL | 8/8/2011 11:04:53 AM | 33307411 | | | Western Union | $50.00 | | $86.99 |
| ATL | 8/8/2011 9:49:14 AM | 36 | | | Sales | ($4.80) | | $36.99 |
| ATL | 8/5/2011 8:01:31 AM | TX080511 | | | Transfer - In from TRUFACS | $41.79 | | $41.79 |

1

**Total Transactions: 7**

**Totals:** $217.82  $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ATL | $217.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $217.82 |
| **Totals:** | **$217.82** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$217.82** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,500.00 | $1,311.92 | $74.59 | $222.82 | $67.78 | N/A | N/A |