# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Case No:** 11-5191

**Title:** In re: Antoine Jones

**Name:** Antoine Jones

**Registration No.:** 18600-016

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Antoine Jones, Registration #18600-016, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the Clerk, U.S. Court of Appeals for the District of Columbia Circuit an initial payment of 20% of the greater of:

(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my original action; or

(b)  the average monthly balance in my account for the six-month period immediately preceding the filing of my original action.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. Court of Appeals for the District of Columbia Circuit, until such time as the $450 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

**Signature of Prisoner:** _Antoine Jones_ **Date** _8-19-2011_