[6] RECEIVED Mail Room SEP 23 2011 United States Court of Appeals District of Columbia Circuit

Clerk of Court Office
United States Court of Appeals
For the District of Columbia Circuit

Antoine Jones
    Petitioner

V

Rachel Lieber - A.U.S.A
Norma Horne - DC. MPD - Detective
Dennis Harrison - Warden

<u>Change of Address</u>

4-LD

  Petitioner (Antoine Jones -18600-016) has been transfer from U.S.P Florence to USP-Lee, U.S. Penitentiary, P.O Box 305, Jonesville VA 24263. Petitioner is Requesting for all court document be sent to U.S.P-Lee.

  While Petitioner was at U.S.P Atlanta - Hold over, Petitioner completed two application for Leave to Proceed on Appeal informa Pauperis.

  One of the informa Pauperis application was related to Petitioner (60 B) motion in (no.1:07-CV-01027) and (09.5128).

  Atlanta U.S.P-Hold over have not forward Petitioner Legal mail, so Petitioner does not have the new court of Appeals civil number.

  Petitioner has decided to pay the full "$450.00" court fee Relating to Petitioner civil case no 1:07-CV-01027-RJL and 09.5128 - Antoine Jones V. Rachel Lieber, Norma Horne, Dennis Harrison.

Petitioner has already took the $450.00 off his account, Petitioner is waiting to give the finicial voucher to his unit team, so the unit team could forward the finicial voucher to the finance dept to be sign and sent to the clerk of court office. Please if Petitioner wrote the incorrect number on the finicial voucher, can the clerk of court correct the civil number.

Special Note: I like to argue and Petitioner speaking of the 60B-motion relating to civil case no (1:07-CV-01027)

## Appointment of Counsel

Petitioner is requesting an appointment of counsel or represented by an amicus, because Petitioner is a layman of the law and doesn't have the resources to properly argue this civil rights complaint.

Mr. Anthony Shelley has experience with this civil case, he argue as the amicus in case no (09-5128 - Antoine Jones v. Norma Horne), Mr. Shelley would be a great candidate. Thank you very much!

Sign: Antoine Jones          Date 9-19-2011
      18600-016
      U.S.P - Lee
      P O Box 305
      Jones Ville VA 24263