RECEIVED Mail Room
OCT 11 2011
United States Court of Appeals
District of Columbia Circuit

Clerk of Court Office
United States Court of Appeals
For the District of Columbia Circuit

No. 11-5191                              1:07-CV-01027-RJL

In Re: Antoine Jones

4-LD

Petitioner has sent a $450.00 court fee for (No. 11-5191 – 1:07-CV-01027-RJL) but at the time of sending the $450.00 to this court petitioner have not receive his legal mail from USP-Atlanta-Holdover to put the correct appeal no, but I did put the correct civil number.

If the court of clerk haven't correct the erred, can the clerk of court put the $450.00 court fee on (No. 11-5191 – 1:07-CV-01027-RJL) Thank you very much!

## Appointment of counsel

Petitioner is an unexperience layman who requesting for an appointment of counsel. (Mr Anthony Shelley has already argue this civil complaint who will be a good candidated).

## Respectfully submitted.

Antoine Jones              Sign Antoine Jones
18600-016                  Date 10-4-2011
USP-Lee
PO Box 305
Jonesville VA 24263