# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-5191**                                                                 **September Term 2011**

1:07-cv-01027-RJL

**Filed On:** October 26, 2011

In re: Antoine Jones,

        Petitioner

## O R D E R

Upon consideration of the petition for a writ of mandamus, the motions to appoint counsel, and the motion for leave to proceed in forma pauperis, it is

**ORDERED**, on the court's own motion, that petitioner show cause by November 30, 2011 why he should not be required to pay the full appellate docketing fee before the court will consider his mandamus petition. See 28 U.S.C. § 1915(g); In re Kissi, 652 F.3d 39 (D.C. Cir. 2011) (holding the Prison Litigation Reform Act's three-strikes provision applies to a mandamus petition related to an underlying civil case or initiating a new civil action). It appears that petitioner has, while incarcerated, filed at least three civil actions or appeals that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim. See In re Antoine Jones, 652 F.3d 36 (D.C. Cir. 2011). It is

**FURTHER ORDERED** that consideration of the motions to appoint counsel and to proceed in forma pauperis be deferred pending further order of the court.

The response to the order to show cause may not exceed twenty pages. Failure to respond to this order will result in dismissal of this case for failure to prosecute. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioner by whatever means necessary to ensure receipt.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                          BY:    /s/
                                                    Amy Yacisin
                                                    Deputy Clerk