# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 11-5191                          September Term 2011

1:07-cv-01027-RJL

**Filed On:** January 5, 2012

In re: Antoine Jones,

        Petitioner

### O R D E R

Upon consideration of the petition for a writ of mandamus; the motions to appoint counsel; the motion for leave to proceed in forma pauperis; and the court's order to show cause filed October 26, 2011 and petitioner's response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that petitioner show cause by February 15, 2012, why he should not be required to pay the full appellate docketing fee before the court will consider his mandamus petition. See 28 U.S.C. § 1915(g); In re Kissi, 652 F.3d 39 (D.C. Cir. 2011) (holding the Prison Litigation Reform Act's three-strikes provision applies to a mandamus petition related to an underlying civil case or initiating a new civil action). It appears that petitioner has, while incarcerated, filed at least three civil actions or appeals that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim. See In re Antoine Jones, 652 F.3d 36 (D.C. Cir. 2011). Although petitioner asserts that he has paid the $450 docketing fee for this case, appellant has provided no documentation to that effect, and the court has no record of the payment. It is

**FURTHER ORDERED** that consideration of the motions to appoint counsel and to proceed in forma pauperis be deferred pending further order of the court.

The response to the order to show cause may not exceed twenty pages. Failure to respond to this order will result in dismissal of this case for failure to prosecute. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioner by whatever means necessary to ensure receipt.

                                                             **FOR THE COURT:**
                                                             Mark J. Langer, Clerk

                               BY:      /s/
                                                   Amy Yacisin
                                                   Deputy Clerk