RECEIVED
Mail Room
FEB -3 2012
United States Court of Appeals
District of Columbia Circuit

Clerk of Court

United States Court of Appeals

For the District of Columbia Circuit

No. 11-5191                                                                                         1:o7-CV-01027-RJL

No. 09-5128

In Re: Antoine Jones

Petitioner

    Petitioner want to put on record that $450.00 was withdrawn out of my inmate account on September 20th, 2011 and the $450.00 court fee was sent to the clerk of court.

    I am enclosing my inmate statement that shows the $450.00 court fee was taken out on September 20th, 2011.

    Please check for No. 09-5128 because I might have mistakenly put No. 09-5128 on the $450.00 money voucher because when I arrived at USP-Lee I didn't have my personal property to put No. **11-5191** on the money voucher. I am requesting the clerk to correct my mistake and put the $450.00 court fee under **No. 11-5191.**

    The leave to proceed informa pauperis should be moot because plaintiff already paid the full court fee and No. 11-5191 petitioner conviction was re-affirmed in the Supreme Court ruling cited as 563 US January 23, 2012, releasing petitioner from prison litigation reform act's three strike provision, now petitioner isn't not barred by the Heck V. Humphrey provision. If possible the petitioner is requesting the clerk court to transfer the $450.00 court fee to 1:07-cv-01027-RJL, and petitioner is humbly request this court to remand this issue of fraud on the court 60(B)(C) to the District Court.

    If this civil complaint cant not get remanded back to the District Court at this time, since petitioner paid the $450.00 court fee can this court issue an order sending petitioner mandamus to a merit panel and direct the parties t submit legal memoranda.

Respectfully Submitted,

Antoine Jones                                                        Signed, Antoine Jones
18600-016                                                              DATE 2-1-2012
USP –Lee
Box 305
Jonesville, VA 24263

RECEIVED
Mail Room
FEB - 3 2012
United States Court of Appeals
District of Columbia Circuit

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 11-5191

September Term 2011

1:07-cv-01027-RJL

Filed On: January 5, 2012

In re: Antoine Jones,

        Petitioner

## ORDER

Upon consideration of the petition for a writ of mandamus; the motions to appoint counsel; the motion for leave to proceed in forma pauperis; and the court's order to show cause filed October 26, 2011 and petitioner's response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that petitioner show cause by February 15, 2012, why he should not be required to pay the full appellate docketing fee before the court will consider his mandamus petition. See 28 U.S.C. § 1915(g); In re Kissi, 652 F.3d 39 (D.C. Cir. 2011) (holding the Prison Litigation Reform Act's three-strikes provision applies to a mandamus petition related to an underlying civil case or initiating a new civil action). It appears that petitioner has, while incarcerated, filed at least three civil actions or appeals that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim. See In re Antoine Jones, 652 F.3d 36 (D.C. Cir. 2011). Although petitioner asserts that he has paid the $450 docketing fee for this case, appellant has provided no documentation to that effect, and the court has no record of the payment. It is

**FURTHER ORDERED** that consideration of the motions to appoint counsel and to proceed in forma pauperis be deferred pending further order of the court.

The response to the order to show cause may not exceed twenty pages. Failure to respond to this order will result in dismissal of this case for failure to prosecute. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioner by whatever means necessary to ensure receipt.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                            Amy Yacisin
                            Deputy Clerk

## Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 18600016 | Current Institution: Lee USP |
| Inmate Name: | JONES, ANTOINE | Housing Unit: LEE-J-A |
| Report Date: | 01/26/2012 | Living Quarters: J02-231L |
| Report Time: | 1:35:24 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | 11/1/2011 10:40:41 AM | TL1101 | | | TRUL Withdrawal | ($5.00) | | $200.69 |
| LEE | 10/28/2011 2:46:07 PM | TL1028 | | | TRUL Withdrawal | ($5.00) | | $205.69 |
| LEE | 10/21/2011 1:33:22 PM | TL1021 | | | TRUL Withdrawal | ($5.00) | | $210.69 |
| LEE | 10/18/2011 3:07:07 PM | 33301312 | | | Western Union | $200.00 | | $215.69 |
| LEE | 10/18/2011 1:42:52 PM | TL1018 | | | TRUL Withdrawal | ($5.00) | | $15.69 |
| LEE | 10/18/2011 8:01:19 AM | 8 | | | Sales | ($44.40) | | $20.69 |
| LEE | 10/17/2011 7:12:06 PM | TFN1017 | | | Phone Withdrawal | ($25.00) | | $65.09 |
| LEE | 10/16/2011 11:28:45 AM | TL1016 | | | TRUL Withdrawal | ($10.00) | | $90.09 |
| LEE | 10/16/2011 5:16:18 AM | 70194002 | | | Lockbox - CD | $100.00 | | $100.09 |
| LEE | 10/4/2011 8:21:24 PM | TFN1004 | | | Phone Withdrawal | ($20.00) | | $0.09 |
| LEE | 10/4/2011 6:24:58 PM | TL1004 | | | TRUL Withdrawal | ($10.00) | | $20.09 |
| LEE | 9/22/2011 7:35:25 AM | TFN0922 | | | Phone Withdrawal | ($18.00) | | $30.09 |
| LEE | 9/22/2011 6:40:19 AM | TL0922 | | | TRUL Withdrawal | ($10.00) | | $48.09 |
| LEE | 9/21/2011 11:29:28 AM | TL0921 | | | TRUL Withdrawal | ($5.00) | | $58.09 |
| LEE | 9/21/2011 8:19:16 AM | 3 | | | Sales | ($77.75) | | $63.09 |
| LEE | 9/20/2011 8:25:25 AM | 5468 | | | BP 199 Request Released | | $450.00 | -------- |
| LEE | 9/20/2011 8:18:25 AM | 5468 | | 70111 | Court Fees | ($450.00) | ($450.00) | $140.84 |
| LEE | 9/20/2011 7:56:41 AM | TFN0920 | | | Phone Withdrawal | ($5.00) | | $590.84 |
| LEE | 9/19/2011 11:31:00 AM | TFN0919 | | | Phone Withdrawal | ($5.00) | | $595.84 |
| LEE | 9/17/2011 8:29:08 PM | 5468 | | | BP 199 Request | | ($450.00) | -------- |
| LEE | 9/17/2011 6:06:32 PM | 33310311 | | | Western Union | $150.00 | | $600.84 |
| LEE | 9/17/2011 8:07:33 AM | TL0917 | | | TRUL Withdrawal | ($2.00) | | $450.84 |
| LEE | 9/16/2011 7:30:02 PM | TFN0916 | | | Phone Withdrawal | ($5.00) | | $452.84 |
| LEE | 9/13/2011 9:24:51 PM | TL0913 | | | TRUL Withdrawal | ($5.00) | | $457.84 |
| LEE | 9/13/2011 1:28:22 PM | 27 | | | Sales | ($38.15) | | $462.84 |
| LEE | 9/11/2011 5:05:29 PM | TFN0911 | | | Phone Withdrawal | ($6.00) | | $500.99 |
| LEE | 9/10/2011 8:29:08 PM | TL0910 | | | TRUL Withdrawal | ($5.00) | | $506.99 |
| LEE | 9/9/2011 1:06:29 PM | 33309811 | | | Western Union | $200.00 | | $511.99 |
| LEE | 9/8/2011 8:35:21 AM | 21 | | | Sales | ($78.70) | | $311.99 |
| LEE | 9/8/2011 7:42:30 AM | TFN0908 | | | Phone Withdrawal | ($7.00) | | $390.69 |
| LEE | 9/8/2011 3:22:29 AM | TX090811 | | | Transfer - In from TRUFACS | $397.69 | | $397.69 |

1 2

**Total Transactions: 81**

                                                 Totals:     $429.48     $0.00