# LOG FOR INCOMING MONEY

RECEIVED BY: *Mark Powstanski*    DATE RECEIVED: 5-26-12

| HOW RECEIVED |||| CHECK INFORMATION ||| GIVEN TO ||| RECEIPT NUMBER | PURPOSE/ ATTORNEY NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FILINGS DEPOSITORY | OVER NIGHT COURIER | INTAKE COUNTER | U.S. DISTRICT COURT | AMOUNT | CHECK NUMBER | DATE OF CHECK | EMPLOYEE'S NAME | INITIALS | DATE RECEIVED | | |
| | | | ✓ | $275.00 | 00411574 | 3-23-12 | | | | 3194 | 11-5191 Writ of Mandamus |
| | | | ✓ | $175.00 | 00411575 | 3-23-12 | | | | 3194 | 11-5191 Writ of Mandamus |

```
U.S. Court of Appeals
District of Columbia Circuit
Office of the Clerk
333 Constitution Avenue, N.W.
Washington, DC 20001
========================================
Qty Description                  Extend
----------------------------------------
1.00 Filing Fee: Writ of Man  450.00
Filing Fee: Writ of Mandamus
   Modifier 10: 510000-$150.00
   Modifier 11: 086900-$100.00
   Modifier 12: 086400-$200.00
                     Subtotal   450.00
                        Total  $450.00
                       Cheque  $450.00
Paid $450.00, Change $0.00
Receipt# 3194
Order# 94
Products: 1.00
Date: 3/26/2012, 9:27 AM
Cashier: Mark
11-5191 Writ of Mandamus
U.S. District Court for the District of
Columbia
333 Constitution Ave., NW
Washington, D.C. 20001
```

O:\Forms\Newmoneylog.wpd