# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 11-5191** | **September Term 2011** |
| | 1:07-cv-01027-RJL |
| | **Filed On:** March 29, 2012 |

In re: Antoine Jones,

      Petitioner

# <u>O R D E R</u>

      Upon consideration of the motion to proceed in forma pauperis; and the court's order to show cause, filed January 5, 2012, petitioner's response thereto, and it appearing that petitioner has paid the docketing fee in this case, it is

      **ORDERED** that the order to show cause be discharged.  It is

      **FURTHER ORDERED** that the motion be dismissed as moot.  It is

      **FURTHER ORDERED** that the petition for writ of mandamus be referred to the court for disposition.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:   /s/
             Timothy A. Ralls
             Deputy Clerk