# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 11-5191**                               **September Term 2011**

                                              **1:07-cv-01027-RJL**

                           **Filed On:** May 29, 2012

In re: Antoine Jones,

      Petitioner

**BEFORE:**  Rogers, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus and the supplements thereto; and the motions for appointment of counsel and the supplement thereto, it is

**ORDERED**, on the court's own motion, that the United States, as defendant in Jones v. Lieber, No. 07-cv-1027 (D.D.C.), file a response to the petition, not to exceed 10 pages, within 30 days of the date of this order.  See D.C. Cir. Rule 21(a)-(c).  The response should address the basis for the district court's May 20, 2011 ruling, denying leave to file "Plaintiff's Request to file civil complaint motion" pursuant to Fed. R. Civ. P. 60(b)(3), and the consequences for the standard of review applicable to the ruling.  See In re Williams, No. 10-5122, unpublished order (D.C. Cir. Jan. 4, 2012) (Griffith and Kavanaugh, JJ.; and Ginsburg, S.J.).  Petitioner may file a reply to the response of the United States, not to exceed 5 pages, within 14 days of the filing of the response.  It is

**FURTHER ORDERED** that consideration of the motions for appointment of counsel be deferred pending further order of the court.

The Clerk is directed to send a copy of this order to the district court and to petitioner by whatever means necessary to ensure receipt.

**Per Curiam**