RECEIVED
Mail Room

MAY 29 2012

United States Court of Appeals
District of Columbia Circuit

Clerk of Court

The United States Court of Appeals

For The District of Columbia Circuit

No. 11-5191                    1:07-CV-01027-RJL

                              Filed on 3-29-2012

In Re Antoine Jones

        Petitioner


Appointment of Counsel or

Amicus

    Petitioner is Humbly Requesting
the court to appoint counsel or
Amicus to brief Petitioner argument
because He is An unskilled And
unprofessional Litigator.

    If Petitioner is not Appointed counsel
Do Petitioner wait on A Response on
the 60(B) motion already submitted or
do petitioner submits in another 60(B)
Motion?

              Respectfully submitted

Antoine Jones                    Date 5-22-2012
241-912                         Sign: Antoine Jones
DC Jail
1901 D St SE
Washington DC 20003