RECEIVED
MailRoom
JUN 13 2012
United States Court of Appeals
District of Columbia Circuit

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

May 29, 2012

General Information
(202) 216-7000

Warden (Washington CDF)
Central Detention Facility
DC Prison
1901 D Street, SE
Washington, DC 20003-0000

Re:   11-5191 In re: Antoine Jones

Dear Warden:

    Enclosed is an order from the court filed in a case pending before this court, addressed to Antoine Jones, 241912, a resident of your facility. Your cooperation in delivering the document and obtaining an acknowledgment of receipt would be greatly appreciated.

    If the addressee is no longer at your facility or has refused to acknowledge receipt, or if your facility's rules do not permit you to assist the court in obtaining an acknowledgment, please follow the instructions on the attached sheet entitled "Instructions to the Warden." Whether or not you are able to assist the court in obtaining an acknowledgment, please treat the enclosed as special legal mail pursuant to 28 C.F.R. §§ 540.2(c), 540.18 and 540.19, or applicable state regulations.

    The enclosed extra copy of this letter should be used for the addressee's acknowledgment. A return envelope is also included. Thank you very much for your assistance.

Very truly yours,
Mark J. Langer, Clerk

BY: /s/
Timothy A. Ralls
Deputy Clerk

Receipt Acknowledged:

_Antoine Jones_      6-8-2012

(Signature of Petitioner)      (Date)