Clerk of Court
United States Court of Appeal
For the District of Columbia Circuit

11-5191

In Re Antoine Jones
        Petitioner

1:07-CV-00027-RJL

Request for United States Attorney
Memorandum to DC Jail Warden

Per Order to Reply on the Defendant's Response to Petitioner motion, Petitioner is Humbly Requesting for the Defendant Rachel C Lieber provide Petitioner "Unredacted" copies of November 23 2005, "December 2 2005", "December 22 2005" memorandum from the United States Attorney office to the DC Jail Administration Requesting for lockdown of Antoine Jones #241912 and Relating to continuing Problems with Prisoner Antoine Jones, Also Petitioner is Also Requesting from Rachel C. Lieber all Jail Records investigators Received especially Friday 12-16-2005 and all DC Jail phone call logs that the Government Received and viewed.

Respectfully Submitted

Antoine Jones    1901 D St SE    Sign: Antoine Jones
#241-912         WDC 20003       Date 6-16-2012

DEC 22 2005 12:42 FR UWAU                                                          P.02/11

# Memorandum

*United States Attorney*
*District of Columbia*



| Subject: | Date: |
|---|---|
| Continuing Problems with Prisoner Antoine Jones, DCDC 241-912 | December 22, 2005 |

| To: | From: |
|---|---|
| Warden, District of Columbia Jail | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Assistant United States Attorney |

On November 23, 2005, the United States Attorney's Office made a written request to the D.C. Jail, that the aforementioned prisoner, Antoine Jones (DCDC 241-912) be placed in protective custody, based on growing concerns that Mr. Jones was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in his narcotics conspiracy case being prosecuted in United States District Court for the District of Columbia. Nine days later, on December 2, 2005, it came to my attention, while ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that he was continuing to make telephone calls from the Jail, which led me to believe that he remained in population. With the aid of members of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I learned that Jones did, indeed, remain in population. Thus, we renewed our request to have him transferred to protective custody, to ensure the safety of various individuals, and the integrity of the investigation.

According to Jail records investigators received last Friday, December 16, 2005, and examined this week, while Jones has been transferred to protective custody, he continues to somehow have telephone privileges. This completely undermines the purpose of his being in that placement - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Indeed, some of the basis for the government's concern regarding Jones's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

I have attached copies of the most recent Department of Corrections call logs, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

DEC 02 2005 15:28 FR UWAU                                                    TO                                 P.02/02

# Memorandum

*United States Attorney*
*District of Columbia*

| Subject | Date |
|---|---|
| Request for Lockdown<br>Antoine Jones<br>DCDC 241912 | December 2, 2005 |

| To: | From: |
|---|---|
| DC Jail | USAO/DC |

AUSA ██████ has indicated in a previous request, dated November 23, 2005, that inmate Antoine Jones, DCDC 241912 should placed immediately in lockdown at the DC Jail. Please ensure that Mr. Jones is lockdown until further notice.

If you have any questions, please call me at (2)██████ or Rachel Lieber at (2)██████

Thanks

** TOTAL PAGE.02 **

DEC 22 2005 12:42 FR VWAU ████████ TO ████████   P.03/11

The U.S. Attorney's Office and the F.B.I. are very concerned that Antoine Jones ████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████. Please consider this memorandum a formal request for an immediate investigation into this situation, to include an examination of how these clear violations occurred, and more importantly, an immediate correction of the problem.

Please feel free to contact me at (202) ████████ (office) or (202) ████████ (cell), if you have any questions.

Case 1:07-cv-01027-RJL   Document 39-1   Filed 04/19/08   Page 3 of 118   P.03/30

Please feel free to call me with any follow-up questions, once you've had a chance to review the enclosed.

Sincerely,

*Rachel*

Rachel Carlson Lieber
Assistant United States Attorney

Enclosures