PG1

Clerk of Court
United States Court of Appeal
For The District of Columbia Circuit

No. 11-5191

1:07-CV-01927-RJL

In Re Antoine Jones

Before Roger, Griffith and Kavanaugh,
Circuit Judges

RECEIVED Mail Room JUL 10 2012 United States Court of Appeals District of Columbia Circuit

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUL 10 2012
CLERK

## Discovery Request

(1) Motion to Request Dept of Correction "Call Logs" of Antoine Jones (DCDC241912) where Assistant United States Attorney Rachel C. Lieber, John V. Geise and their investigator receive and listen to (From October 24 thru December 2005)

Motion to Request any Related info on the entry and search of Antoine Jones (DCDC241912) cell on Nov 22 05, and December 2 2005,

Motion to Request the unredacted transcripts of pages 1 thru 11 of March 24 2006 11:30 am Hearing (Exhibit #1).

Also Appellant enclose the last page of this Hearing. (Exhibit #2)

If Appellant Jones is correct, AUSA Rachel C. Lieber Request to approach the court at the end of the Hearing to

p. 2

discuss the issue exparte. Appellant remember this Happening on this day, but I don't see it in the transcripts.

If I am correct, can Appellant get the unredacted transcript of Rachel C. Lieber Exparte conference discussion with Honorable Judge Huvelle.

This information I Requested will Assist me in my Reply to the Government opposition and to proceed in this case.

Today is Sunday July 8 2012 and I Haven't Receive the Government Response from the May 29 2012 Order which should be due Approximately June 29 2012. Since I haven't Receive the opposition yet and I can use the Requested information in my Reply, can Appellant get an extension by starting the 14 days after I "sign the Legal Log book" and Receive the Government appellee's opposition.

Thank you very much
~~Antoine~~  Respectfully Submitted

Antoine Jones          Date 7-8-2012
DCDC # 241-912        Sign: Antoine Jones
1901 D St SE
WDC 20003

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------X

THE UNITED STATES OF AMERICA          Criminal Case No.

              v.                      05-386

ANTOINE JONES, et al,                 REDACTED

          Defendants,
---------------------------------X    Washington, D.C.
                                      March 24, 2006
                                      11:30 A.M.


TRANSCRIPT OF HEARING
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

APPEARANCES:
For the Government: JACK GEISE, ESQUIRE
                    RACHEL LIEBER, ESQUIRE
                    Office of the U.S. Attorney
                    555 4TH Street, N.W.
                    Washington, D.C.  20560
                    (202) 616-9156


For Defendant Jones: EDUARDO BALAREZO, ESQUIRE
                     400 Fifth Street, N.W.
                       Suite 500
                     Washington, D.C.  20001
                     (202) 639-0999


Court Reporter:      Lisa Walker Griffith, RPR
                     U.S. District Courthouse
                     Room 6507
                     Washington, D.C.  20001
                     (202) 354-3247

Proceedings recorded by mechanical stenography,

transcript produced by computer.

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

```
 1                      P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Criminal case
 3    05-386-1.  United States of America versus Antoine
 4    Jones.  John Geise for the United States.  Eduardo
 5    Balarezo for the defendant.
 6              MR. GEISE:  Your Honor, we call Detective—
 7              MR. BALAREZO:  Your Honor, before the
 8    detective takes the stand, could we approach?
 9              (The following bench conference was sealed
10    and deleted by Order of the Court.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25          (Open Court)

(EXHIBIT #2)

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

33

1  Virginia or within the jail to change this situation.
2  If you don't come up with better solutions, I'll have
3  to rule on this.
4         MR. GEISE:  Your Honor, I'll give you the
5  solutions there are.
6         THE COURT:  Thank you.
7         MR. BALAREZO:  Thank you, Your Honor.
8         THE COURT:  He is going to have to be
9  brought up.
10        (Whereupon, at 12:11 p.m., the hearing
11 concluded.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25