UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 11-5191
(C.A. No. 07-1027)

IN RE: ANTOINE JONES,                                                                 Petitioner,

**FEDERAL APPELLEE'S CERTIFICATE OF RE-SERVICE OF RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

The United States of America respectfully files this Certificate of Re-Service to inform the Court that the service copy of its Response to Petition for Writ of Mandamus (filed June 25, 2012) was recently returned as undeliverable and the copy was re-served today. The returned envelope was marked as undeliverable and "Need DC ID #," presumably referring to Jones' prisoner number at the D.C. Prison. Counsel regrets the error and any resulting confusion and delay. Accordingly, the service copy was re-sent today, July 19, 2012, via first class mail addressed to:

| | |
|---|---|
| Antoine Jones, #241912 | Warden |
| Central Detention Facility | Central Detention Facility |
| D.C. Prison | D.C. Prison |
| 1901 D Street, SE | 1901 D Street, SE |
| Washington, DC 20003 | Washington, DC 20003 |

   /s/ *Alan Burch*
ALAN BURCH
Assistant United States Attorney