# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-5191**                                    **September Term, 2012**

                                                   **1:07-cv-01027-RJL**

                                    **Filed On:** September 21, 2012

In re: Antoine Jones,

     Petitioner


    **BEFORE:**    Tatel, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus, the supplements thereto, the response to the petition, and the reply; the motions for appointment of counsel and the supplement thereto; and the motions for discovery, it is

**ORDERED** that the motions for appointment of counsel be denied. It is

**FURTHER ORDERED** that the motions for discovery be denied. It is

**FURTHER ORDERED** that the petition be granted and the district court be directed to file petitioner's motion. See In re Williams, No. 10-5122, unpublished order (D.C. Cir. Jan. 4, 2012) (Griffith and Kavanaugh, JJ.; and Ginsburg, S.J.). At this time, the court takes no position on the merits of petitioner's motion or its timeliness under Fed. R. Civ. P. 60(b)(3) and (d), and Baltia Air Lines, Inc. v. Transaction Management, Inc., 98 F.3d 640, 642-43 (D.C. Cir. 1996). See also Standard Oil Co. v. U.S., 429 U.S. 17, 17-19 (1976) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to transmit a copy of this order to the district court.


**Per Curiam**