CLOSED,JURY,PROSE−PR,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07−cv−01027−RJL
### *Internal Use Only*

| | |
|---|---|
| JONES v. LIEBER<br>Assigned to: Judge Richard J. Leon<br>Case in other court:  09−05128<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 06/08/2007<br>Date Terminated: 05/19/2009<br>Jury Demand: Plaintiff<br>Nature of Suit: 550 Prisoner: Civil Rights<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**ANTOINE JONES**  represented by  **ANTOINE JONES**
R18600−016/DC241912
DC JAIL
1901 D Street, SE
Washington, DC 20003
PRO SE

V.

**Defendant**

**RACHEL LIEBER**  represented by  **Kenneth A. Adebonojo**
*U.S. Attorney, D.C.*  U.S. ATTORNEY'S OFFICE
*TERMINATED: 10/01/2008*  Civil Division
555 Fourth Street, NW
Washington, DC 20035
(202) 514−7157
Fax: (202) 514−8780
Email: kenneth.adebonojo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORMA HORNE**  represented by  **Corliss Vaughn Adams**
*Detective−MPD*  OFFICE OF THE ATTORNEY
GENERAL
441 Fourth Street, NW
Room 600S
Washington, DC 20001
(202) 442−9840
Fax: (202) 741−5903
Email: corlissv.adams@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leticia L. Valdes**
LAW OFFICE OF ROBERT SOIFER

        101 East Kennedy Boulevard
        Suite 2125
        Tampa, FL 33602
        (813) 222−8096
        Fax: (813) 222−8051
        Email: letty.valdes@gmail.com
        *TERMINATED: 11/19/2008*

        **Rachel R. Hranitzky**
        U.S. DEPARTMENT OF JUSTICE
        Civil Rights Division − Employment Litigation
        950 Pennsylvania Avenue, NW
        PHB Room 4030
        Washington, DC 20530
        (202) 305−1642
        Fax: (202) 514−1005
        Email: rachel.hranitzky@usdoj.gov
        *TERMINATED: 09/21/2007*

**Defendant**

**DENNIS HARRISON**     represented by     **Corliss Vaughn Adams**
*Acting Warden, Central Detention Facility*     (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Leticia L. Valdes**
        (See above for address)
        *TERMINATED: 11/19/2008*

        **Rachel R. Hranitzky**
        (See above for address)
        *TERMINATED: 09/21/2007*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/08/2007 | 1 | | COMPLAINT against RACHEL LIEBER (Filing fee $ 0.00) filed by ANTOINE JONES. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | | | SUMMONS Not Issued as to RACHEL LIEBER (jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | 2 | | MOTION for Leave to Proceed in forma pauperis by ANTOINE JONES (jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | | | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Judge James Robertson on April 30, 2007. (jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | 3 | | PRISONER TRUST FUND ACCOUNT STATEMENT for period of six months by ANTOINE JONES (jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | 4 | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | ORDER Directing Monthly Payments in the amount of $5.00 be made from Prison Account of Antoine Jones. Signed by Judge Colleen Kollar−Kotelly on May 04, 2007. (jf, ) (Entered: 06/11/2007) |
| 06/12/2007 |  |  | Case Reassigned to Judge Richard J. Leon. Judge Ellen S. Huvelle no longer assigned to the case. (jf, ) (Entered: 06/13/2007) |
| 06/25/2007 |  |  | SUMMONS (5) Issued as to NORMA HORNE, DENNIS HARRISON, RACHEL LIEBER, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 06/26/2007) |
| 06/26/2007 | 5 |  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 06/25/07., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to NORMA HORNE served on 6/26/2007, answer due 8/27/2007; DENNIS HARRISON served on 6/26/2007, answer due 8/27/2007; RACHEL LIEBER served on 6/26/2007, answer due 8/27/2007., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. NORMA HORNE served on 6/26/2007, answer due 8/27/2007; DENNIS HARRISON served on 6/26/2007, answer due 8/27/2007; RACHEL LIEBER served on 6/26/2007, answer due 8/27/2007 (jf, ) Modified on 7/5/2007 (nmw, ). (Entered: 07/03/2007) |
| 07/12/2007 | 6 |  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DENNIS HARRISON served on 7/12/2007, answer due 8/1/2007 (jf, ) (Entered: 07/13/2007) |
| 07/18/2007 | 7 |  | NOTICE of Appearance by Kenneth Adebonojo on behalf of RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 07/18/2007) |
| 07/25/2007 | 8 |  | MOTION to Dismiss for Lack of Jurisdiction by NORMA HORNE (Hranitzky, Rachel) (Entered: 07/25/2007) |
| 07/27/2007 | 9 |  | MOTION to Dismiss for Lack of Jurisdiction by DENNIS HARRISON (Hranitzky, Rachel) (Entered: 07/27/2007) |
| 07/31/2007 | 10 |  | ORDER denying 8 Motion to Dismiss for Lack of Jurisdiction, by Norma Horne. The clerk shall provide the summons and a copy of the complaint to the United States Marshall who shall effect personal service of same upon Norma Horne. Signed by Judge Richard J. Leon on 7/27/07. (whb) (Entered: 07/31/2007) |
| 07/31/2007 | 11 |  | Order advising plaintiff to respond or Court may deem matter as conceded re: 9 MOTION to Dismiss for Lack of Jurisdiction filed by DENNIS HARRISON. Signed by Judge Richard J. Leon on 7/31/07. (whb) (Entered: 07/31/2007) |
| 07/31/2007 |  |  | SUMMONS REISSUED (1) as to NORMA HORNE (jf, ) (Entered: 08/01/2007) |
| 08/08/2007 | 12 |  | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Norma Horne served 8/7/07, answer due 8/27/2007 (td, ) (Entered: 08/10/2007) |
| 08/21/2007 | 13 |  | Plaintiff's RESPONSE to 8 MOTION to Dismiss for Lack of Jurisdiction, and 9 MOTION to Dismiss for Lack of Jurisdiction filed by ANTOINE JONES. |

|  |  |  |  |
|---|---|---|---|
|  |  |  | (tg, ) (Entered: 08/22/2007) |
| 08/21/2007 | 14 |  | MOTION to Appoint Counsel by ANTOINE JONES (tg, ) (Entered: 08/22/2007) |
| 08/27/2007 | 15 |  | MOTION to Dismiss by NORMA HORNE (Hranitzky, Rachel) (Entered: 08/27/2007) |
| 08/28/2007 | 16 |  | Memorandum in opposition to re 14 MOTION to Appoint Counsel filed by NORMA HORNE, DENNIS HARRISON. (Hranitzky, Rachel) (Entered: 08/28/2007) |
| 08/29/2007 | 17 |  | MOTION for Extension of Time to *File a Response to Complaint* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 08/29/2007) |
| 08/29/2007 | 18 |  | NOTICE OF RELATED CASE by RACHEL LIEBER. Case related to Case No. 07−1172; 07−1193. (Adebonojo, Kenneth) (Entered: 08/29/2007) |
| 08/30/2007 | 19 |  | ORDER denying without prejudice 14 Motion to Appoint Counsel. Signed by Judge Richard J. Leon on 8/29/07. (whb) (Entered: 08/30/2007) |
| 08/30/2007 | 20 |  | Order advising plaintiff to respond withing 30 days or Court may deem matter as conceded re 15 Defendant's MOTION to Dismiss filed by NORMA HORNE. Signed by Judge Richard J. Leon on 8/29/07. (whb) (Entered: 08/30/2007) |
| 08/30/2007 |  |  | MINUTE ORDER granting 17 Motion for Extension of Time. It is hereby ORDERED that defendant Rachel Lieber shall file a response on or before September 24, 2007. Signed by Judge Richard J. Leon on 8/30/07. (lcrjl1) (Entered: 08/30/2007) |
| 09/05/2007 |  |  | Set/Reset Deadlines: Defendant's Response to Dispositive Motions due by 9/24/2007. (whb) (Entered: 09/05/2007) |
| 09/21/2007 | 21 |  | NOTICE OF WITHDRAWAL OF APPEARANCE as to NORMA HORNE, DENNIS HARRISON. Attorney Rachel R. Hranitzky terminated. (Hranitzky, Rachel) (Entered: 09/21/2007) |
| 09/24/2007 | 22 |  | MOTION for Extension of Time to *File Answer or Other Response* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 09/24/2007) |
| 09/25/2007 | 23 |  | NOTICE of Appearance by Leticia L. Valdes on behalf of NORMA HORNE, DENNIS HARRISON (Valdes, Leticia) (Entered: 09/25/2007) |
| 10/05/2007 | 24 |  | MOTION to Dismiss by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 10/05/2007) |
| 11/02/2007 | 25 |  | RESPONSE to Federal Defendant's 24 MOTION to Dismiss filed by ANTOINE JONES. (Attachments: # 1 Exhibit)(jf, )"Let this be filed" by Judge Richard J. Leon. (Entered: 11/05/2007) |
| 11/23/2007 | 26 |  | MOTION for Extension of Time to *File a Reply Brief* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 11/23/2007) |
| 11/27/2007 |  |  | MINUTE ORDER granting 26 Defendant's Motion to Enlarge Time to File a Reply to Plaintiff's Opposition to Federal Defendant's Motion to Dismiss. It is hereby ORDERED that the motion is GRANTED and that defendant has up to |

4

|  |  |  |  |
|---|---|---|---|
|  |  |  | and including 11/30/2007 to file her reply brief. Signed by Judge Richard J. Leon on 11/27/2007. (lcrjl1) (Entered: 11/27/2007) |
| 11/30/2007 | 27 |  | REPLY to opposition to motion re 24 MOTION to Dismiss filed by RACHEL LIEBER. (Adebonojo, Kenneth) (Entered: 11/30/2007) |
| 01/04/2008 | 28 |  | ORDER granting 15 Motion to Dismiss as to Defendant Norma Horne as a party. Signed by Judge Richard J. Leon on 1/4/08. (whb) (Entered: 01/04/2008) |
| 01/07/2008 | 29 |  | RESPONSE re 24 MOTION to Dismiss filed by ANTOINE JONES. (td, ) (Entered: 01/10/2008) |
| 01/18/2008 | 30 |  | MOTION for Extension of Time to *Oppose "Plaintiff's...Response to Defendant's Motion to Dismiss"* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 01/18/2008) |
| 01/30/2008 | 31 |  | MOTION for Extension of Time to *File a Response to Document 29* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 01/30/2008) |
| 02/05/2008 |  |  | MINUTE ORDER granting 31 Federal Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Response to Motion to Dismiss Docket Entry 29. It is hereby ORDERED that defendant's motion is GRANTED and that the federal defendant has up to and including 2/25/2008 to file a response to 29 Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss. Signed by Judge Richard J. Leon on 2/5/2008. (lcrjl1) (Entered: 02/05/2008) |
| 02/06/2008 |  |  | Set/Reset Deadlines: Response to Dispositive Motions due by 2/25/2008. (whb) (Entered: 02/06/2008) |
| 02/25/2008 | 32 |  | MOTION for Extension of Time to *Respond to Plaintiff's Response to Motion to Dismiss, Docket 29* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 02/25/2008) |
| 03/04/2008 |  |  | MINUTE ORDER granting 32 for Extension of Time to Respond to Plaintiff's Response to Motion to Dismiss. It is hereby ORDERED that federal defendant's motion is GRANTED and that defendant has up to and including 3/12/2008 to respond to 29 Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss. Signed by Judge Richard J. Leon on 3/4/2008. (lcrjl1) (Entered: 03/04/2008) |
| 03/12/2008 | 33 |  | MOTION for Extension of Time to *Respond to Plaintiff's Docket Entry 29* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 03/12/2008) |
| 03/14/2008 |  |  | MINUTE ORDER granting nunc pro tunc 33 MOTION for Extension of Time to Respond to Plaintiff's Docket Entry 29 . It is hereby ORDERED that defendant's motion is GRANTED, and defendant has up to and including March 17, 2008 to file a response to plaintiff's docket entry 29 . Signed by Judge Richard J. Leon on 03/14/2008. (lcrjl3) (Entered: 03/14/2008) |
| 03/17/2008 | 34 |  | MOTION for Extension of Time to *Respond to Plaintiff's Response 29* by RACHEL LIEBER (Adebonojo, Kenneth) . (Entered: 03/17/2008) |
| 03/18/2008 | 35 |  | RESPONSE *to Plaintiff's Response to Defendant's Motion to Dismiss,* 29 filed by RACHEL LIEBER. (Adebonojo, Kenneth) . (Entered: 03/18/2008) |
| 03/19/2008 |  |  |  |

5

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER granting nunc pro tunc 34 Federal Defendant's MOTION for Extension of Time to Respond to Plaintiff's Response. It is hereby ORDERED that defendant's motion is GRANTED, and defendant has through and including March 18, 2008 to file a response. Signed by Judge Richard J. Leon on 03/19/08. (lcrjl3) (Entered: 03/19/2008) |
| 03/25/2008 | 36 | | RESPONSE re 34 MOTION for Extension of Time to *Respond to Plaintiff's Response Docket 29* filed by ANTOINE JONES. (Attachments: # 1 Exhibit)(jf, ) (Entered: 03/26/2008) |
| 04/07/2008 | 37 | | RESPONSE re 34 MOTION for Extension of Time to *Respond to Plaintiff's Response Docket 29 filed by ANTOINE JONES. "Leave to File" by Judge Richard J. Leon (jf, ) (Entered: 04/09/2008)* |
| 04/17/2008 | 38 | | REPLY re 37 RESPONSE re 34 MOTION for Extension of Time to Respond to Plaintiff's Response Docket 29 filed by RACHEL LIEBER. (Adebonojo, Kenneth) (Entered: 04/17/2008) |
| 04/19/2008 | 39 | | SUPPLEMENTAL to re 1 Complaint filed by ANTOINE JONES. (Attachments: # 1 Exhibit) "Leave to File Granted" by Richard J. Leon (jf, ) (Entered: 04/29/2008) |
| 05/05/2008 | 40 | | MOTION for Extension of Time to *Respond to Docket No. 39* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 05/05/2008) |
| 05/07/2008 | | | MINUTE ORDER granting 40 Motion for Extension of Time to Respond to Docket No. 39. It is hereby ORDERED that the motion is GRANTED and that defendant Rachel Lieber has up to and including 6/2/2008 to file a response. Signed by Judge Richard J. Leon on 5/7/2008. (lcrjl1) (Entered: 05/07/2008) |
| 05/07/2008 | | | Set/Reset Deadlines: Response to Doc. 39 is due by 6/2/2008 (mpt, ) (Entered: 05/07/2008) |
| 06/02/2008 | 41 | | MOTION for Extension of Time to *Respond to Docket 39* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 06/02/2008) |
| 06/23/2008 | 42 | | RESPONSE re 39 Supplemental Memorandum filed by RACHEL LIEBER. (Adebonojo, Kenneth) (Entered: 06/23/2008) |
| 06/23/2008 | 43 | | SURREPLY to Defendant's 24 MOTION to Dismiss filed by ANTOINE JONES. "Leave to File Granted" by Judge Richard J. Leon (jf, ) (Entered: 06/24/2008) |
| 07/15/2008 | | | MINUTE ORDER granting nunc pro tunc 41 Motion for Extension of Time to Respond to Docket 39. Signed by Judge Richard J. Leon on 7/15/2008. (lcrjl1) (Entered: 07/15/2008) |
| 09/30/2008 | 44 | | MEMORANDUM OPINION granting Motion 24 to Dismiss by RACHEL LIEBER and defendant Lieber is dismissed as a party to this action. Signed by Judge Richard J. Leon on 9/30/08. (kc) (Entered: 10/01/2008) |
| 10/20/2008 | 45 | | Mail Returned as undeliverable. sent to Antoine Jones; Type of Document Returned: Memorandum Opinion;Attachments:# 1 Memorandum Opinion. (kc) (Entered: 10/20/2008) |
| 11/19/2008 | 46 | | NOTICE OF SUBSTITUTION OF COUNSEL by Corliss Vaughn Adams on behalf of NORMA HORNE, DENNIS HARRISON Substituting for attorney |

6

| | | | |
|---|---|---|---|
| | | | Leticia Valdes (Adams, Corliss) (Entered: 11/19/2008) |
| 01/05/2009 | 47 | | NOTICE of Change of Address by ANTOINE JONES (tr) (Entered: 01/07/2009) |
| 01/29/2009 | | | Leave to File Denied by Judge Richard J. Leon. Plaintiff's response to defendant (Lieber) motion to dismiss. (jf, ) (Entered: 01/29/2009) |
| 03/30/2009 | 48 | | MEMORANDUM OPINION granting defendant Dennis Harrison's motion to dismiss. Signed by Judge Richard J. Leon on 3/27/09. (kc) (Entered: 03/30/2009) |
| 03/30/2009 | 49 | | ORDER granting defendant Dennis Harrison's Motion 9 to Dismiss; It is FURTHER ORDERED that, because all other claims against all other defendants have already been dismissed pursuant to prior orders, the complaint is DISMISSED. This is a final, appealable order. See Fed. R. App. P.4. Signed by Judge Richard J. Leon on 3/27/09. (kc) (Entered: 03/30/2009) |
| 04/13/2009 | 50 | | NOTICE OF APPEAL as to 49 Order on Motion to Dismiss/Lack of Jurisdiction, by ANTOINE JONES. Fee Status: No Fee Paid. Parties have been notified. (jf, ) (Entered: 04/15/2009) |
| 04/13/2009 | 51 | | MOTION for Leave to Appeal in forma pauperis by ANTOINE JONES. (jf, ) (Entered: 04/15/2009) |
| 04/15/2009 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 50 Notice of Appeal (jf, ) (Entered: 04/15/2009) |
| 04/16/2009 | | | MINUTE ORDER granting 51 MOTION for Leave to Appeal in forma pauperis by ANTOINE JONES. It is hereby ORDERED that the motion for leave to appeal in forma pauperis is GRANTED. Signed by Judge Richard J. Leon on 4/16/2009. (lcrjl1) (Entered: 04/16/2009) |
| 04/16/2009 | | | USCA Case Number 09−5128 for 50 Notice of Appeal filed by ANTOINE JONES. (jf, ) (Entered: 04/17/2009) |
| 04/17/2009 | | | Supplemental Record on Appeal transmitted to US Court of Appeals re 50 Notice of Appeal (jf, ) (Entered: 04/17/2009) |
| 04/12/2010 | 52 | | ORDER of USCA as to 50 Notice of Appeal filed by ANTOINE JONES ; USCA Case Number 09−5128. Upon consideration of the motions for appointment of counsel; the motion for summary reversal, which includes a request for appointment of counsel, the opposition thereto, and the reply; the motion by the District of Columbia Appellees for summary affirmance and the opposition thereto; the Federal Appellee's motion for summary affirmance and the opposition thereto; the motion for production of documents; the motion to compel production of documents; and the motion to consolidate with No. 09−5085, it is ORDERED that the motions for summary affirmance and the motion for summary reversal be denied. It is FURTHER ORDERED that the motions for production of documents and to compel production of documents be denied. It is FURTHER ORDERED that the motion to consolidate be denied. It is FURTHER ORDERED, on the court's own motion, that Anthony Shelley, Miller &Chevalier, 655 Fifteenth Street, N.W.Suite 900, Washington, D.C. 20005−5701 a member of the bar of this court be appointed as amicus curiae to present arguments in favor of appellant's position. (kb) (Entered: 04/12/2010) |

| | | | |
|---|---|---|---|
| 02/11/2011 | 53 | | JUDGMENT of USCA as to 50 Notice of Appeal filed by ANTOINE JONES ; USCA Case Number 09−5128. ORDERED and ADJUDGED that the judgment of the District Court appealed from in this cause is hereby affirmed. (smm) Modified on 5/12/2011 (smm). (Entered: 02/14/2011) |
| 05/20/2011 | | | Leave to File Denied by Judge Richard J. Leon. Plaintiff's Request to file civil complaint motion. (jf, ) (Entered: 05/20/2011) |
| 09/30/2011 | | | Filing fee: paid in full, receipt number 4616042552 (ls, ) (Entered: 09/30/2011) |
| 01/05/2012 | 54 | | ORDER of USCA as to 50 Notice of Appeal filed by ANTOINE JONES ; USCA Case Number 11−5191. ORDERED that the order to show cause be discharge. It is further ordered, on the court's own motion, that petitioner show cause by February 15, 2012, why he should not be required to pay the full appellate docketing fee before the court will consider his mandamus petition. Further ordered that consideration of the motion to appoint counsel and to proceed in forma pauperis be deferred pending further order of the court. (zls, ) (Entered: 01/06/2012) |
| 05/29/2012 | 55 | | ORDER of USCA ; USCA Case Number 11−5191. Upon consideration of the petition for writ of mandamus and the supplements thereto; and the motions for appointment of counsel and the supplement thereto, it is ORDERED, on the court's own motion, that the United States, as defendant in Jones v. Lieber, No. 07−cv−1027 (D.D.C.), file a response to the petition, not to exceed 10 pages, within 30 days of the date of this order. See D.C. Cir. Rule 21(a)−(c). The response should address the basis for the district court's May 20, 2011 ruling, denying leave to file Plaintiff's Request to file civil complaint motion pursuant to Fed. R. Civ. P. 60(b)(3), and the consequences for the standard of review applicable to the ruling. See In re Williams, No. 10−5122, unpublished order (D.C. Cir. Jan. 4, 2012) (Griffith and Kavanaugh, JJ.; and Ginsburg, S.J.). Petitioner may file a reply to the response of the United States, not to exceed 5 pages, within 14 days of the filing of the response. It is FURTHER ORDERED that consideration of the motions for appointment of counsel be deferred pending further order of the court. (kb) (Entered: 05/30/2012) |
| 09/21/2012 | 56 | | ORDER of USCA as to 50 Notice of Appeal filed by ANTOINE JONES; ORDERED that the motions for appointment of counsel be denied; FURTHER ORDERED that the motions for discovery be denied; FURTHER ORDERED that the petition be granted and the district court be directed to file petitioner's motion. USCA Case Number 11−5191. (md, ) (Entered: 09/22/2012) |
| 11/09/2012 | | 9 | MINUTE ORDER. The United States Court of Appeals for the District of Columbia Circuit has ordered this Court to file a document described as Plaintiffs Request to file civil complaint motion. On or about May 20, 2011, this Court denied the plaintiff leave to file the motion. The Clerk of Court neither docketed the motion nor kept the original motion; the Clerk instead returned the submission to the plaintiff. In short, the Court cannot file the motion because it no longer possesses the motion. If the plaintiff chooses to refile his motion, he must do so within 30 days of this Order. Signed by Judge Richard J. Leon on 11/9/12. (lcrjl1) (Entered: 11/09/2012) |

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Corliss Vaughn Adams (corlissv.adams@dc.gov, patricia.jones@dc.gov),
Kenneth A. Adebonojo (cindy.parker@usdoj.gov, kenneth.adebonojo@usdoj.gov,
sabrina.allen@usdoj.gov), Judge Ellen S. Huvelle (john_haley@dcd.uscourts.gov,
kenneth_cockrell@dcd.uscourts.gov), Judge Richard J. Leon (john_haley@dcd.uscourts.gov,
kenneth_cockrell@dcd.uscourts.gov, rjl_dcdecf@dcd.uscourts.gov)
--Non Case Participants: Alan R. Burch (alan.burch@usdoj.gov), Rudolph Contreras
(rudolph.contreras@usdoj.gov), DJMAC (daniel_macdonald@dcd.uscourts.gov), EHS
(ellen_steury@dcd.uscourts.gov), jpm (james_p_moran@dcd.uscourts.gov)
--No Notice Sent:

Message-Id:3467413@dcd.uscourts.gov
Subject:Activity in Case 1:07-cv-01027-RJL JONES v. LIEBER Order to Show Cause
```

Content−Type: text/html

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 11/9/2012 at 7:18 PM EDT and filed on 11/9/2012

| | |
|---|---|
| **Case Name:** | JONES v. LIEBER |
| **Case Number:** | 1:07−cv−01027−RJL |
| **Filer:** | |
| **WARNING: CASE CLOSED on 05/19/2009** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **MINUTE ORDER. The United States Court of Appeals for the District of Columbia Circuit has ordered this Court to file a document described as Plaintiffs Request to file civil complaint motion. On or about May 20, 2011, this Court denied the plaintiff leave to file the motion. The Clerk of Court neither docketed the motion nor kept the original motion; the Clerk instead returned the submission to the plaintiff. In short, the Court cannot file the motion because it no longer possesses the motion. If the plaintiff chooses to refile his motion, he must do so within 30 days of this Order. Signed by Judge Richard J. Leon on 11/9/12. (lcrjl1)**


**1:07−cv−01027−RJL Notice has been electronically mailed to:**

Corliss Vaughn Adams corlissv.adams@dc.gov, patricia.jones@dc.gov

Kenneth A. Adebonojo kenneth.adebonojo@usdoj.gov, Sabrina.Allen@usdoj.gov, cindy.parker@usdoj.gov

**1:07−cv−01027−RJL Notice will be delivered by other means to::**

ANTOINE JONES
R18600−016
FLORENCE HIGH

U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 7000
FLORENCE, CO 81226