# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 11-5191** | **September Term, 2012** |
| | **1:07-cv-01027-RJL** |
| | **Filed On:** November 30, 2012 |

In re: Antoine Jones,

    Petitioner

## O R D E R

Upon consideration of petitioner's amended complaint to petitioner's 60(b) motion (fraud on the court) and this court's order filed September 21, 2012, granting petitioner's petition for writ of mandamus and directing the district court to file petitioner's 60(b) motion, it is

**ORDERED** that the amended complaint to petitioner's 60(b) motion be transmitted to the United States District Court for the District of Columbia, along with a copy of the original 60(b) motion, for disposition by the district court in the first instance.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Amy Yacisin
        Deputy Clerk