CLERK OF COURT OFFICE
CIV. [illegible] COURT
FOR THE DISTRICT OF COLUMBIA

Antoine Jones
    Plaintiff

V.

Rachel C. Lieber
Norma Horne
Dennis Harrison
ADD→ Stephanie Yanta [ADD-Juda v. case]
ADD→ Unknown-name FBI Agents — Defendants

Civil - 0102 [illegible]
No- 07-5128

Leave to
[illegible] Denied

    Plaintiff Returns back to this court Humbly Requesting Leave to file this civil complaint motion on the defendant's fraud, fraudulent concealment and "Fraud on the court."

    Plaintiff's base this argument on Federal civil procedure 60(B)(3) which authorizes the court to set aside a Judgment for "Fraud on the court."

    Fed R. Civ. P. 60(B)(3) permits a court to relieve a party from a final Judgment, order or proceeding for fraud, misrepresentation or misconduct by an opposing party. The court permits it to set aside Judgment based on "Fraud on the court."

    Plaintiff's allege that the defendant's

Plaintiff notes that the United States Court of Appeal mandate on February 11 2011, affirmed this court decision, a dismissal due to failure to state a claim, and on March 25 2011, the Rehearing enbanc denied Appellant petition.

The interference of Fraud, Fraudulent concealment and "FRAUD on the court" highly prejudice Plaintiff's from showing and proving Plaintiff's 4th Amendment violation, that Defendant A.U.S.A Rachel C. Lieber and M.P.D Detive Norma Horne (along with FBI Agent Stephanie Yanta) listen to Plaintiff's illegal D.C. Jail calls, without a warrant, subpoena or legal court order, and Warden Dennis Harrison without Plaintiff permission, a court order, subpoena, or authorize warrant, gave defendant's Rachel C. Lieber, Norma Horne and Stephanie Yanta, shipments of Plaintiff's illegal D.C Jail calls, violating Plaintiff's 4th Amendment, Title III-2510, and District of Columbia-Department of correction-Program Statement (4076.1B (13))

## Statement of Facts

laid out a number of phone calls Jones had made while incarcerated at the D.C Jail. (Then Rachel Lieber refer to foot note #7). In Footnote #7, is where the fraud and fraudulent concealment began.

Footnote #7: Jones, in a footnote to his motion, without any supporting authority, suggest that these conversation should be suppressed because they were not obtained with a subpoena or warrant Def mot at 37 n.1. The conversations at issue are recordings made by the jail of conversation on phones used by prisoner kept in the hands of jail officials as part of a public policy of monitoring inmates calls, including signs above the phone indicating that they may be recorded. It is difficult to understand how Jones could have any protected Fourth Amendment interest in these recording and Title III specifically excludes this kind of monitoring from it's coverage. citing Smith v. Dept of Justice 251 F.3D 1047, (D.C. CIR 2001)(Exhibit #1)

Defendant A.U S.A Rachel Carlson Lieber (an officer of the court), was

illegally listen to shipment of plaintiff DC Jail conversation without any type of court Authority. (To conceal and cover-up this 4th Amendment violation by a sworn-officer of the court) is clearly "FRAUD ON THE COURT".

Besides the language and law in the 4th Amendment and Title III-2510, I will add (District of Columbia - Dept of Correction-Program statement 4070.1B (e)(13) Monitoring and Recording inmates Telephone) as plaintiff supporting Authority that the defendant's violated plaintiff's 4th Amen when they receive and listen to shipment of plaintiff illegal DC Jail calls.

(Exhibit #2) Program statement: 4070 1A(E)(13). Not only show Authority from the district of Columbia Dept of Correction (Director Devon Brown) on the policy of inmate Telephone access, and monitoring and recording inmate Telephone, it gave instruction to AUSA Rachel Lieber, MPD-Detective Norma Horne, FBI Agent Stephanie Yanta and Warden Dennis Harrison on what's lawful or unlawful in "WHOM" listen to plaintiff DC Jail conversation.

A SUBPOENA OR OTHER APPROPRIATE LEGAL ORDER.

## FRAUD in the GRAND JURY

Officer of the court ~ AUSA Rachel C. Lieber knew for a fact she was committing fraud because she allow FBI Agent Stephanie Yanta to commit perjury relating to the illegal D.C. Jail calls. As an officer of the court and a professional government lawyer, AUSA Rachel Lieber should have correct FBI Yanta perjury, but instead AUSA Rachel Lieber conceal the truth that the government didn't get a subpoena, warrant or legal court order.

(Exhibit #3) Stephanie Yanta - Grand Jury testimony, November 22 2005.

(November 22 2005, PG 12 Line 24 - PG 13-16) Yanta: PG 12 Line 24, 25 - PG 13 - PG 16 (Q) I want to direct your attention to some recent telephone contact from the DC Jail are you aware that Antoine Jones is currently housed at the DC Jail? (A) yes, I am (Q) Okay. And are you aware that we have receive recording of telephone

to monitor calls from when they're House in Jail? Is that legal?

AGENT YANTA: "It is legal. We actually have to subpoena them."

This statement is "FRAUD" and untruthful, as a sworn officer of the court, AUSA Rachel Lieber should had correct this perjury by Agent Yanta, but instead AUSA Rachel Lieber continue prejudicing plaintiff and participated in this fraud, and deception.

(pages line 20-25, pg 16 line 1-3, pg 16 line 13-17). By MS Lieber: (Q) And just for the Grand Jury's sort of, education, was there a particular reason why we, last week, "got to obtain some jail telephone calls" from Mr. Jones?

(A) There was. We had source information that Mr. Jones and his codefendant were actually, as we sort of termed as circling the wagons, they were trying to figure out who may have snitched on them, and they were actually plotting to have someone killed.

(Q) Is that -- just for the Grand Jury -- is that what caused investigators to move quickly to try to obtain --

The American Century Dictionary defining "FRAUD" - criminal deception, dishonest, tricks.

For this sworn officer of the court AUSA Rachel Lieber to not concede and conceal the illegal monitor and listening to Plaintiff's D.C. Jail conversation, is clearly "FRAUD on the court" and this alone is enough for this court to set aside it's past decision, that Plaintiff didn't state a claim.

## Unlawful Entry of Plaintiff DC Jail Cell by Unknown-name FBI Agents, on "December 2 2005"

Plaintiff exercise due diligence to present his 4th Amendment claim on the unlawful entry and unlawful search of Plaintiff D.C Jail cell on December 2 2005 by the Unknown-name FBI agents, but from day one of this illegal search, without a search warrant or Plaintiff consent, AUSA Rachel Lieber (a sworn-officer of the court) and Warden Dennis Harison (the C.E.O of DC Jail), both conceal and cover-up this unlawful search in Plaintiff criminal proceeding

constitution provides: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the person or things to be seized.

## Statements of Facts

Plaintiff was incarcerated and "Houses" in D.C Jail, on "December 2 2005", when AUSA Rachel C. Lieber sent her (FBI) investigators to D.C Jail, and Warden Harrison allow these unknown-name FBI agents, on December 2 2005, to unlawfully search Plaintiff's DC Jail cell without a search warrant or Plaintiff consent. The sergent in charge of the unit that day, the correctional officer in the unit that day, and Plaintiff cell-mate ~~witness~~ (Mr Tracy McKeithon 234-520) witness the unlawful entry and unlawful search by the unknown-name FBI agents

Inmate ( Tracy McKeithon 234-520 ) told

Both AUSA Rachel C. Lieber (a sworn officer of the court) and Warden Dennis Harrison committed "<u>Fraud on the Court</u>" when both conceal and cover-up this 4th Amendment violation by the unknown-name FBI agents on <u>December 2 2005</u>.

As an officer of the court, AUSA Rachel C. Lieber should had conceded and admit that her FBI Investigators unlawfuly enter and search Plaintiff DC cell on <u>December 2 2005</u>.

Instead this officer of the court, Duck and Dodge the issue, the closes Rachel Lieber came to Responding to this <u>December 2 2005</u> unlawful search was in her Opposition in the (civil) court of Appeals.

(Exhibit # 4) Page 7 Rachel Lieber Opposition: <u>Jones made further, conclusory allegation about Lieber, relating to the government's search of his cell, but these allegation are not at issue here.</u> (Id at 4, A.118.)

Here we have a sworn officer of the

violation by Her investigators are not an issue in this civil action complaint.

Once again Rachel Lieber deceive the court and committed "<u>FRAUD on the court</u>". As a Professional Government lawyer, (an officer of the court) and an Assistant United State Attorney, Rachel C. Lieber knows that a 4th Amendment violation to Plaintiff or any citizens of the United States, is a very important issue and to conceal and cover up this crucial 4th Amendment violation by Her (FBI) investigators is FRAUD, Fraudulent concealment and "<u>FRAUD on the court</u>".

With this dishonest deception and concealment of the illegal monitoring and illegally listening of Plaintiff's D.C. Jail conversation, and the concealment and cover-up of the unlawful entry and unlawful search of Plaintiff's DC Jail cell on <u>December 2 2005</u> by the FBI Agents without a search warrant, is enough to be found guilty of "<u>FRAUD on the court</u>" by the defendants.

The Honorable Judge Leon decision

Plaintiff's Remind the court, Plaintiff's pleading please in this matter, there for the court will construe it liberally, see Richard v. United States 173130 543, 545, 135 ... APPDC-cs (DC cir 1999)

Plaintiff in suing all defendants in their Individuals and Official capacity, and Requesting (one) millions dollar in Punitive and monetary damages, if defendants become liable. Under the Penalty of Perjury (28 USC 1746), I, under Oath sworn, that every statement in this please motion is true to with in faith.

Respectfully submitted

[signature lines, illegible]