CLOSED,JURY,PROSE–PR,TYPE–F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07–cv–01027–RJL

JONES v. LIEBER
Assigned to: Judge Richard J. Leon
Case in other court:  09–05128
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/08/2007
Date Terminated: 05/19/2009
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ANTOINE JONES**                    represented by    **ANTOINE JONES**
R18600–016/DC241912
DC JAIL
1901 D Street, SE
Washington, DC 20003
PRO SE

V.

**Defendant**

**RACHEL LIEBER**                    represented by    **Kenneth A. Adebonojo**
*U.S. Attorney, D.C.*                                U.S. ATTORNEY'S OFFICE
*TERMINATED: 10/01/2008*                             Civil Division
555 Fourth Street, NW
Washington, DC 20035
(202) 514–7157
Fax: (202) 514–8780
Email: kenneth.adebonojo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORMA HORNE**                      represented by    **Corliss Vaughn Adams**
*Detective–MPD*                                      OFFICE OF THE ATTORNEY
GENERAL
441 Fourth Street, NW
Room 600S
Washington, DC 20001
(202) 442–9840
Fax: (202) 741–5903
Email: corlissv.adams@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leticia L. Valdes**
LAW OFFICE OF ROBERT SOIFER
101 East Kennedy Boulevard

Suite 2125
Tampa, FL 33602
(813) 222–8096
Fax: (813) 222–8051
Email: letty.valdes@gmail.com
*TERMINATED: 11/19/2008*

**Rachel R. Hranitzky**
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division – Employment
Litigation
950 Pennsylvania Avenue, NW
PHB Room 4030
Washington, DC 20530
(202) 305–1642
Fax: (202) 514–1005
Email: rachel.hranitzky@usdoj.gov
*TERMINATED: 09/21/2007*

**Defendant**

| | | |
|---|---|---|
| **DENNIS HARRISON**<br>*Acting Warden, Central Detention*<br>*Facility* | represented by | **Corliss Vaughn Adams**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Leticia L. Valdes**<br>(See above for address)<br>*TERMINATED: 11/19/2008* |
| | | **Rachel R. Hranitzky**<br>(See above for address)<br>*TERMINATED: 09/21/2007* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/08/2007 | 1 | | COMPLAINT against RACHEL LIEBER (Filing fee $ 0.00) filed by ANTOINE JONES. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | | | SUMMONS Not Issued as to RACHEL LIEBER (jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | 2 | | MOTION for Leave to Proceed in forma pauperis by ANTOINE JONES (jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | | | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Judge James Robertson on April 30, 2007. (jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | 3 | | PRISONER TRUST FUND ACCOUNT STATEMENT for period of six months by ANTOINE JONES (jf, ) (Entered: 06/11/2007) |
| 06/08/2007 | 4 | | ORDER Directing Monthly Payments in the amount of $5.00 be made from Prison Account of Antoine Jones. Signed by Judge Colleen Kollar–Kotelly on |

| | | | |
|---|---|---|---|
| | | | May 04, 2007. (jf, ) (Entered: 06/11/2007) |
| 06/12/2007 | | | Case Reassigned to Judge Richard J. Leon. Judge Ellen S. Huvelle no longer assigned to the case. (jf, ) (Entered: 06/13/2007) |
| 06/25/2007 | | | SUMMONS (5) Issued as to NORMA HORNE, DENNIS HARRISON, RACHEL LIEBER, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 06/26/2007) |
| 06/26/2007 | 5 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 06/25/07., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to NORMA HORNE served on 6/26/2007, answer due 8/27/2007; DENNIS HARRISON served on 6/26/2007, answer due 8/27/2007; RACHEL LIEBER served on 6/26/2007, answer due 8/27/2007., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. NORMA HORNE served on 6/26/2007, answer due 8/27/2007; DENNIS HARRISON served on 6/26/2007, answer due 8/27/2007; RACHEL LIEBER served on 6/26/2007, answer due 8/27/2007 (jf, ) Modified on 7/5/2007 (nmw, ). (Entered: 07/03/2007) |
| 07/12/2007 | 6 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DENNIS HARRISON served on 7/12/2007, answer due 8/1/2007 (jf, ) (Entered: 07/13/2007) |
| 07/18/2007 | 7 | | NOTICE of Appearance by Kenneth Adebonojo on behalf of RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 07/18/2007) |
| 07/25/2007 | 8 | | MOTION to Dismiss for Lack of Jurisdiction by NORMA HORNE (Hranitzky, Rachel) (Entered: 07/25/2007) |
| 07/27/2007 | 9 | | MOTION to Dismiss for Lack of Jurisdiction by DENNIS HARRISON (Hranitzky, Rachel) (Entered: 07/27/2007) |
| 07/31/2007 | 10 | | ORDER denying 8 Motion to Dismiss for Lack of Jurisdiction, by Norma Horne. The clerk shall provide the summons and a copy of the complaint to the United States Marshall who shall effect personal service of same upon Norma Horne. Signed by Judge Richard J. Leon on 7/27/07. (whb) (Entered: 07/31/2007) |
| 07/31/2007 | 11 | | Order advising plaintiff to respond or Court may deem matter as conceded re: 9 MOTION to Dismiss for Lack of Jurisdiction filed by DENNIS HARRISON. Signed by Judge Richard J. Leon on 7/31/07. (whb) (Entered: 07/31/2007) |
| 07/31/2007 | | | SUMMONS REISSUED (1) as to NORMA HORNE (jf, ) (Entered: 08/01/2007) |
| 08/08/2007 | 12 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Norma Horne served 8/7/07, answer due 8/27/2007 (td, ) (Entered: 08/10/2007) |
| 08/21/2007 | 13 | | Plaintiff's RESPONSE to 8 MOTION to Dismiss for Lack of Jurisdiction, and 9 MOTION to Dismiss for Lack of Jurisdiction filed by ANTOINE JONES. (tg, ) (Entered: 08/22/2007) |

| 08/21/2007 | 14 | MOTION to Appoint Counsel by ANTOINE JONES (tg, ) (Entered: 08/22/2007) |
|---|---|---|
| 08/27/2007 | 15 | MOTION to Dismiss by NORMA HORNE (Hranitzky, Rachel) (Entered: 08/27/2007) |
| 08/28/2007 | 16 | Memorandum in opposition to re 14 MOTION to Appoint Counsel filed by NORMA HORNE, DENNIS HARRISON. (Hranitzky, Rachel) (Entered: 08/28/2007) |
| 08/29/2007 | 17 | MOTION for Extension of Time to *File a Response to Complaint* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 08/29/2007) |
| 08/29/2007 | 18 | NOTICE OF RELATED CASE by RACHEL LIEBER. Case related to Case No. 07−1172; 07−1193. (Adebonojo, Kenneth) (Entered: 08/29/2007) |
| 08/30/2007 | 19 | ORDER denying without prejudice 14 Motion to Appoint Counsel. Signed by Judge Richard J. Leon on 8/29/07. (whb) (Entered: 08/30/2007) |
| 08/30/2007 | 20 | Order advising plaintiff to respond withing 30 days or Court may deem matter as conceded re 15 Defendant's MOTION to Dismiss filed by NORMA HORNE. Signed by Judge Richard J. Leon on 8/29/07. (whb) (Entered: 08/30/2007) |
| 08/30/2007 | | MINUTE ORDER granting 17 Motion for Extension of Time. It is hereby ORDERED that defendant Rachel Lieber shall file a response on or before September 24, 2007. Signed by Judge Richard J. Leon on 8/30/07. (lcrjl1) (Entered: 08/30/2007) |
| 09/05/2007 | | Set/Reset Deadlines: Defendant's Response to Dispositive Motions due by 9/24/2007. (whb) (Entered: 09/05/2007) |
| 09/21/2007 | 21 | NOTICE OF WITHDRAWAL OF APPEARANCE as to NORMA HORNE, DENNIS HARRISON. Attorney Rachel R. Hranitzky terminated. (Hranitzky, Rachel) (Entered: 09/21/2007) |
| 09/24/2007 | 22 | MOTION for Extension of Time to *File Answer or Other Response* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 09/24/2007) |
| 09/25/2007 | 23 | NOTICE of Appearance by Leticia L. Valdes on behalf of NORMA HORNE, DENNIS HARRISON (Valdes, Leticia) (Entered: 09/25/2007) |
| 10/05/2007 | 24 | MOTION to Dismiss by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 10/05/2007) |
| 11/02/2007 | 25 | RESPONSE to Federal Defendant's 24 MOTION to Dismiss filed by ANTOINE JONES. (Attachments: # 1 Exhibit)(jf, )"Let this be filed" by Judge Richard J. Leon. (Entered: 11/05/2007) |
| 11/23/2007 | 26 | MOTION for Extension of Time to *File a Reply Brief* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 11/23/2007) |
| 11/27/2007 | | MINUTE ORDER granting 26 Defendant's Motion to Enlarge Time to File a Reply to Plaintiff's Opposition to Federal Defendant's Motion to Dismiss. It is hereby ORDERED that the motion is GRANTED and that defendant has up to and including 11/30/2007 to file her reply brief. Signed by Judge Richard J. Leon on 11/27/07. (lcrjl1) (Entered: 11/27/2007) |

| | | | |
|---|---|---|---|
| 11/30/2007 | 27 | | REPLY to opposition to motion re 24 MOTION to Dismiss filed by RACHEL LIEBER. (Adebonojo, Kenneth) (Entered: 11/30/2007) |
| 01/04/2008 | 28 | | ORDER granting 15 Motion to Dismiss as to Defendant Norma Horne as a party. Signed by Judge Richard J. Leon on 1/4/08. (whb) (Entered: 01/04/2008) |
| 01/07/2008 | 29 | | RESPONSE re 24 MOTION to Dismiss filed by ANTOINE JONES. (td, ) (Entered: 01/10/2008) |
| 01/18/2008 | 30 | | MOTION for Extension of Time to *Oppose "Plaintiff's...Response to Defendant's Motion to Dismiss"* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 01/18/2008) |
| 01/30/2008 | 31 | | MOTION for Extension of Time to *File a Response to Document 29* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 01/30/2008) |
| 02/05/2008 | | | MINUTE ORDER granting 31 Federal Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Response to Motion to Dismiss Docket Entry 29. It is hereby ORDERED that defendant's motion is GRANTED and that the federal defendant has up to and including 2/25/2008 to file a response to 29 Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss. Signed by Judge Richard J. Leon on 2/5/2008. (lcrjl1) (Entered: 02/05/2008) |
| 02/06/2008 | | | Set/Reset Deadlines: Response to Dispositive Motions due by 2/25/2008. (whb) (Entered: 02/06/2008) |
| 02/25/2008 | 32 | | MOTION for Extension of Time to *Respond to Plaintiff's Response to Motion to Dismiss, Docket 29* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 02/25/2008) |
| 03/04/2008 | | | MINUTE ORDER granting 32 for Extension of Time to Respond to Plaintiff's Response to Motion to Dismiss. It is hereby ORDERED that federal defendant's motion is GRANTED and that defendant has up to and including 3/12/2008 to respond to 29 Plaintiff Jones' Response to Defendant's (Rachel Lieber) Motion to Dismiss. Signed by Judge Richard J. Leon on 3/4/2008. (lcrjl1) (Entered: 03/04/2008) |
| 03/12/2008 | 33 | | MOTION for Extension of Time to *Respond to Plaintiff's Docket Entry 29* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 03/12/2008) |
| 03/14/2008 | | | MINUTE ORDER granting nunc pro tunc 33 MOTION for Extension of Time to Respond to Plaintiff's Docket Entry 29 . It is hereby ORDERED that defendant's motion is GRANTED, and defendant has up to and including March 17, 2008 to file a response to plaintiff's docket entry 29 . Signed by Judge Richard J. Leon on 03/14/2008. (lcrjl3) (Entered: 03/14/2008) |
| 03/17/2008 | 34 | | *MOTION for Extension of Time to Respond to Plaintiff's Response 29 by RACHEL LIEBER (Adebonojo, Kenneth) . (Entered: 03/17/2008)* |
| 03/18/2008 | 35 | | *RESPONSE to Plaintiff's Response to Defendant's Motion to Dismiss, 29 filed by RACHEL LIEBER. (Adebonojo, Kenneth) . (Entered: 03/18/2008)* |
| 03/19/2008 | | | MINUTE ORDER granting nunc pro tunc 34 Federal Defendant's MOTION for Extension of Time to Respond to Plaintiff's Response. It is hereby ORDERED that defendant's motion is GRANTED, and defendant has through |

| | | | |
|---|---|---|---|
| | | | and including March 18, 2008 to file a response. Signed by Judge Richard J. Leon on 03/19/08. (lcrjl3) (Entered: 03/19/2008) |
| 03/25/2008 | 36 | | RESPONSE re 34 MOTION for Extension of Time to *Respond to Plaintiff's Response Docket 29* filed by ANTOINE JONES. (Attachments: # 1 Exhibit)(jf, ) (Entered: 03/26/2008) |
| 04/07/2008 | 37 | | RESPONSE re 34 MOTION for Extension of Time to *Respond to Plaintiff's Response Docket 29 filed by ANTOINE JONES. "Leave to File" by Judge Richard J. Leon (jf, ) (Entered: 04/09/2008)* |
| 04/17/2008 | 38 | | REPLY re 37 RESPONSE re 34 MOTION for Extension of Time to Respond to Plaintiff's Response Docket 29 filed by RACHEL LIEBER. (Adebonojo, Kenneth) (Entered: 04/17/2008) |
| 04/19/2008 | 39 | | SUPPLEMENTAL to re 1 Complaint filed by ANTOINE JONES. (Attachments: # 1 Exhibit) "Leave to File Granted" by Richard J. Leon (jf, ) (Entered: 04/29/2008) |
| 05/05/2008 | 40 | | MOTION for Extension of Time to *Respond to Docket No. 39* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 05/05/2008) |
| 05/07/2008 | | | MINUTE ORDER granting 40 Motion for Extension of Time to Respond to Docket No. 39. It is hereby ORDERED that the motion is GRANTED and that defendant Rachel Lieber has up to and including 6/2/2008 to file a response. Signed by Judge Richard J. Leon on 5/7/2008. (lcrjl1) (Entered: 05/07/2008) |
| 05/07/2008 | | | Set/Reset Deadlines: Response to Doc. 39 is due by 6/2/2008 (mpt, ) (Entered: 05/07/2008) |
| 06/02/2008 | 41 | | MOTION for Extension of Time to *Respond to Docket 39* by RACHEL LIEBER (Adebonojo, Kenneth) (Entered: 06/02/2008) |
| 06/23/2008 | 42 | | RESPONSE re 39 Supplemental Memorandum filed by RACHEL LIEBER. (Adebonojo, Kenneth) (Entered: 06/23/2008) |
| 06/23/2008 | 43 | | SURREPLY to Defendant's 24 MOTION to Dismiss filed by ANTOINE JONES. "Leave to File Granted" by Judge Richard J. Leon (jf, ) (Entered: 06/24/2008) |
| 07/15/2008 | | | MINUTE ORDER granting nunc pro tunc 41 Motion for Extension of Time to Respond to Docket 39. Signed by Judge Richard J. Leon on 7/15/2008. (lcrjl1) (Entered: 07/15/2008) |
| 09/30/2008 | 44 | | MEMORANDUM OPINION granting Motion 24 to Dismiss by RACHEL LIEBER and defendant Lieber is dismissed as a party to this action. Signed by Judge Richard J. Leon on 9/30/08. (kc) (Entered: 10/01/2008) |
| 10/20/2008 | 45 | | Mail Returned as undeliverable. sent to Antoine Jones; Type of Document Returned: Memorandum Opinion;Attachments:# 1 Memorandum Opinion. (kc) (Entered: 10/20/2008) |
| 11/19/2008 | 46 | | NOTICE OF SUBSTITUTION OF COUNSEL by Corliss Vaughn Adams on behalf of NORMA HORNE, DENNIS HARRISON Substituting for attorney Leticia Valdes (Adams, Corliss) (Entered: 11/19/2008) |
| 01/05/2009 | 47 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Change of Address by ANTOINE JONES (tr) (Entered: 01/07/2009) |
| 01/29/2009 | | | Leave to File Denied by Judge Richard J. Leon. Plaintiff's response to defendant (Lieber) motion to dismiss. (jf, ) (Entered: 01/29/2009) |
| 03/30/2009 | 48 | | MEMORANDUM OPINION granting defendant Dennis Harrison's motion to dismiss. Signed by Judge Richard J. Leon on 3/27/09. (kc) (Entered: 03/30/2009) |
| 03/30/2009 | 49 | | ORDER granting defendant Dennis Harrison's Motion 9 to Dismiss; It is FURTHER ORDERED that, because all other claims against all other defendants have already been dismissed pursuant to prior orders, the complaint is DISMISSED. This is a final, appealable order. See Fed. R. App. P.4. Signed by Judge Richard J. Leon on 3/27/09. (kc) (Entered: 03/30/2009) |
| 04/13/2009 | 50 | | NOTICE OF APPEAL as to 49 Order on Motion to Dismiss/Lack of Jurisdiction, by ANTOINE JONES. Fee Status: No Fee Paid. Parties have been notified. (jf, ) (Entered: 04/15/2009) |
| 04/13/2009 | 51 | | MOTION for Leave to Appeal in forma pauperis by ANTOINE JONES. (jf, ) (Entered: 04/15/2009) |
| 04/15/2009 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 50 Notice of Appeal (jf, ) (Entered: 04/15/2009) |
| 04/16/2009 | | | MINUTE ORDER granting 51 MOTION for Leave to Appeal in forma pauperis by ANTOINE JONES. It is hereby ORDERED that the motion for leave to appeal in forma pauperis is GRANTED. Signed by Judge Richard J. Leon on 4/16/2009. (lcrjl1) (Entered: 04/16/2009) |
| 04/16/2009 | | | USCA Case Number 09–5128 for 50 Notice of Appeal filed by ANTOINE JONES. (jf, ) (Entered: 04/17/2009) |
| 04/17/2009 | | | Supplemental Record on Appeal transmitted to US Court of Appeals re 50 Notice of Appeal (jf, ) (Entered: 04/17/2009) |
| 04/12/2010 | 52 | | ORDER of USCA as to 50 Notice of Appeal filed by ANTOINE JONES ; USCA Case Number 09–5128. Upon consideration of the motions for appointment of counsel; the motion for summary reversal, which includes a request for appointment of counsel, the opposition thereto, and the reply; the motion by the District of Columbia Appellees for summary affirmance and the opposition thereto; the Federal Appellee's motion for summary affirmance and the opposition thereto; the motion for production of documents; the motion to compel production of documents; and the motion to consolidate with No. 09–5085, it is ORDERED that the motions for summary affirmance and the motion for summary reversal be denied. It is FURTHER ORDERED that the motions for production of documents and to compel production of documents be denied. It is FURTHER ORDERED that the motion to consolidate be denied. It is FURTHER ORDERED, on the court's own motion, that Anthony Shelley, Miller &Chevalier, 655 Fifteenth Street, N.W.Suite 900, Washington, D.C. 20005–5701 a member of the bar of this court be appointed as amicus curiae to present arguments in favor of appellant's position. (kb) (Entered: 04/12/2010) |
| 02/11/2011 | 53 | | |

| | | |
|---|---|---|
| | | JUDGMENT of USCA as to 50 Notice of Appeal filed by ANTOINE JONES ; USCA Case Number 09–5128. ORDERED and ADJUDGED that the judgment of the District Court appealed from in this cause is hereby affirmed. (smm) Modified on 5/12/2011 (smm). (Entered: 02/14/2011) |
| 05/20/2011 | | Leave to File Denied by Judge Richard J. Leon. Plaintiff's Request to file civil complaint motion. (jf, ) (Entered: 05/20/2011) |
| 09/30/2011 | | Filing fee: paid in full, receipt number 4616042552 (ls, ) (Entered: 09/30/2011) |
| 01/05/2012 | 54 | ORDER of USCA as to 50 Notice of Appeal filed by ANTOINE JONES ; USCA Case Number 11–5191. ORDERED that the order to show cause be discharge. It is further ordered, on the court's own motion, that petitioner show cause by February 15, 2012, why he should not be required to pay the full appellate docketing fee before the court will consider his mandamus petition. Further ordered that consideration of the motion to appoint counsel and to proceed in forma pauperis be deferred pending further order of the court. (zls, ) (Entered: 01/06/2012) |
| 05/29/2012 | 55 | ORDER of USCA ; USCA Case Number 11–5191. Upon consideration of the petition for writ of mandamus and the supplements thereto; and the motions for appointment of counsel and the supplement thereto, it is ORDERED, on the court's own motion, that the United States, as defendant in Jones v. Lieber, No. 07–cv–1027 (D.D.C.), file a response to the petition, not to exceed 10 pages, within 30 days of the date of this order. See D.C. Cir. Rule 21(a)–(c). The response should address the basis for the district court's May 20, 2011 ruling, denying leave to file Plaintiff's Request to file civil complaint motion pursuant to Fed. R. Civ. P. 60(b)(3), and the consequences for the standard of review applicable to the ruling. See In re Williams, No. 10–5122, unpublished order (D.C. Cir. Jan. 4, 2012) (Griffith and Kavanaugh, JJ.; and Ginsburg, S.J.). Petitioner may file a reply to the response of the United States, not to exceed 5 pages, within 14 days of the filing of the response. It is FURTHER ORDERED that consideration of the motions for appointment of counsel be deferred pending further order of the court. (kb) (Entered: 05/30/2012) |
| 09/21/2012 | 56 | ORDER of USCA as to 50 Notice of Appeal filed by ANTOINE JONES; ORDERED that the motions for appointment of counsel be denied; FURTHER ORDERED that the motions for discovery be denied; FURTHER ORDERED that the petition be granted and the district court be directed to file petitioner's motion. USCA Case Number 11–5191. (md, ) (Entered: 09/22/2012) |
| 11/09/2012 | | VACATED PURSUANT PER MINUTE ORDER FILED 11/30/12.....MINUTE ORDER. The United States Court of Appeals for the District of Columbia Circuit has ordered this Court to file a document described as Plaintiffs Request to file civil complaint motion. On or about May 20, 2011, this Court denied the plaintiff leave to file the motion. The Clerk of Court neither docketed the motion nor kept the original motion; the Clerk instead returned the submission to the plaintiff. In short, the Court cannot file the motion because it no longer possesses the motion. If the plaintiff chooses to refile his motion, he must do so within 30 days of this Order. Signed by Judge Richard J. Leon on 11/9/12. (lcrjl1) Modified on 11/30/2012 (kc, ). (Entered: 11/09/2012) |

| 11/13/2012 | 57 |    | Supplemental Record on Appeal transmitted to US Court of Appeals re Minute Order to Show Cause ; USCA Case Number 11–5191. (znmw, ) (Entered: 11/13/2012) |
|------------|----|----|-----|
| 11/30/2012 |    |    | MINUTE ORDER, The Court hereby vacates the Minute Order filed 11/9/2012. Directed by Judge Richard J. Leon on 11/30/2012. (kc ) (Entered: 11/30/2012) |
| 11/30/2012 | 58 |    | Amended MOTION for Reconsideration re 49 Order on Motion to Dismiss/Lack of Jurisdiction, by ANTOINE JONES. "Leave to file granted by the Court of Appeals" by Judge Richard J. Leon signed on 11/30/2012 (jf, ) Modified on 12/5/2012 (znmw, ). (Entered: 12/04/2012) |
| 12/07/2012 |    |    | MINUTE ORDER denying 58 Amended Motion for Reconsideration. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 12/7/12. (lcrjl1) (Entered: 12/07/2012) |
| 12/07/2012 | 59 | 10 | SUPPLEMENT to re 58 Amended MOTION for Reconsideration re 49 Order on Motion to Dismiss/Lack of Jurisdiction, by ANTOINE JONES. "Leave to file granted by the Court of Appeals" filed by ANTOINE JONES. (jf, ) (Entered: 12/18/2012) |

P.61.

United States District Court
For The District of Columbia

Antoine Jones
Plaintiff
V.
Rachel C. Lieber - A.U.S.A
Norma Horne - M.P.D Detective
Dennis Harrison - Warden

60(B) Motion (Fraud on the Court complaint) Correction

Plaintiff's has sent a fraud on the court complaint to the court of appeal but it should have been sent to the District Court.

Plaintiff was order to submit his complaint to the district court within 30-days of 11-9-2012.

Plaintiff want to correct his mistake by submitting this correct his mistake by submitting this complaint into District Court And by the civil number 1:07-CV-01027 RJL on the complaint.

Please can the clerk of court acknowledge they received this complaint.

DEC - 7 2012
RECEIVED
Mail Room

Plaint Has sent Exhibits with the last complaint but I accidently sent the complaint to the court of appeal, if it's possible can the clerk of court transfer those Documents with this complaints, if not, plaintiff will send more copies of Exhibits Please let me know Asap!

Thank you very Much

Change of Address - correction

Antoine Jones                    sign: Antoine Jones
241912                           Date: 12-4-2012
1401 D St SE
WDC 20003

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-5191**                                         **September Term, 2012**

**1:07-cv-01027-RJL**

**Filed On:** September 21, 2012

In re: Antoine Jones,

      Petitioner

    **BEFORE:**    Tatel, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the petition for writ of mandamus, the supplements thereto, the response to the petition, and the reply; the motions for appointment of counsel and the supplement thereto; and the motions for discovery, it is

**ORDERED** that the motions for appointment of counsel be denied. It is

**FURTHER ORDERED** that the motions for discovery be denied. It is

**FURTHER ORDERED** that the petition be granted and the district court be directed to file petitioner's motion. See In re Williams, No. 10-5122, unpublished order (D.C. Cir. Jan. 4, 2012) (Griffith and Kavanaugh, JJ.; and Ginsburg, S.J.). At this time, the court takes no position on the merits of petitioner's motion or its timeliness under Fed. R. Civ. P. 60(b)(3) and (d), and Baltia Air Lines, Inc. v. Transaction Management, Inc., 98 F.3d 640, 642-43 (D.C. Cir. 1996). See also Standard Oil Co. v. U.S., 429 U.S. 17, 17-19 (1976) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to transmit a copy of this order to the district court.

### Per Curiam



**Activity in Case 1:07-cv-01027-RJL JONES v. LIEBER Order to Show Cause**
DCD_ECFNotice     to   DCD_ECFNotice                                    11/09/2012 07:19 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was entered on 11/9/2012 at 7:18 PM EDT and filed on 11/9/2012
Case Name:       JONES v. LIEBER
Case Number:     1.07-cv-01027-RJL
Filer:
WARNING: CASE CLOSED on 05/19/2009
Document Number: No document attached

Docket Text:
MINUTE ORDER. The United States Court of Appeals for the District of Columbia Circuit has ordered this Court to file a document described as Plaintiffs Request to file civil complaint motion. On or about May 20, 2011, this Court denied the plaintiff leave to file the motion. The Clerk of Court neither docketed the motion nor kept the original motion; the Clerk instead returned the submission to the plaintiff. In short, the Court cannot file the motion because it no longer possesses the motion. If the plaintiff chooses to refile his motion, he must do so within 30 days of this Order. Signed by Judge Richard J. Leon on 11/9/12. (lcrjl1)

1:07-cv-01027-RJL Notice has been electronically mailed to:

Corliss Vaughn Adams corlissv.adams@dc.gov, patricia.jones@dc.gov

Kenneth A. Adebonojo kenneth.adebonojo@usdoj.gov, Sabrina.Allen@usdoj.gov, cindy.parker@usdoj.gov

1:07-cv-01027-RJL Notice will be delivered by other means to::

ANTOINE JONES
R18600-016
FLORENCE HIGH
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 7000
FLORENCE, CO 81226

PG1

Antoine Jones
  Plaintiff          1:C7-CV-01c27-RJL
  V.
Rachel C. Lieber - A.U.S.A
Norma Horne - M.P.D Detective
Dennis Harrison - C.D.F Warden
  Defendant's

. Amended Complaint to Petitioner
60(B) motion (Fraud on the court).

  Petitioner is Requesting Leave to
Amend His Past 60(B) motion (Fraud
on the court).

  Petitioner submit a Fraud on the
court motion sometime early 2011
And this court denied Petitioner
leave to file His 60(B) motion on 5-20-2
  Petitioner Appeal the denial of
the 60(B) to the court of Appeal,

  On September 21, 2012 the court of
Appeal Remanded Petitioner
complaint to district court to
File Petitioner 60(B) motion (Frau
on the court).

PLAINTIFF wANt to Point out thAt PLAintiff due diligently been complAining And ARguing

1) On december 2 2005 wARden HARRISon Allow some unknown nAme F.B.I Agents to unlAwfully enter PLAintiff DC JAiL Cell.

2) On December 2 2005 (without ProbAble cAuse). AusA RAchel C. Lieber send A memORAnDum. Requesting wARden HARRison to illegally place PLAintiff in solitARY confinement - segregAtion under totAl sepeRAtion, stripping AwAy PLAintiff Due Process Rights, no MAil Privileges, no sociAl visits, no Phone Privileges, PLAintiff wAsnt Allow to cAlled PLAintiff LAwyeRS ( see exHibit #1 · AusA RAchel C Lieber memORAnDum to wARDen HARRISon).

·3) WARDen Dennis HARRison : violAting PLAintiff 4th AmenDment wHen wARDen HARRison Allow AusA RAcHel C Lieber And M.P.D Detective NORMA HORne to ReceiveD

SHipment of Plaintiff DC Jail
conversation.

4) Detective NORMA Horne violate
18 USCS                          when she
was Reckless disregard to the
truth in Her Affidavit And when
she deliberately misleading And
deceiving the counts in Her Affidav

5) AUSA Rachel C Lieber And M.P.
Detective violated Attorney
client Privilege communication
when they send their Investigator
FBI Agent Jimmy F. Pope Jr, FBI
Agent Stephen R. Nausle And FBI
Agent John C Bevington to executed
the search of Plaintiff DC Jail
cell on November 25 2005, Also
violating "Taint Procedures"
because Both "Agent Stephen R Nausle
And John C Bevington was PART of
Plaintiff Criminal Investigation
And worst the specials Agents
gave Plaintiff Personal Property
And Attorney client communication.
to AUSA Rachel C Lieber the
Prosecutor who Prosecuted Plaintiff Cas.

16

PG 4

6) AUSA Rachel Lieber F.B.I
Investigators seized Property
that wasn't on the WARRANT
Attachment A, clearly Exceeding
their Authority and violating
Plaintiff 4th Amendment,

## Defendant's False Allegations

Defendant NORMA Horne claimed
that Plaintiff Antoine Jones "Attempted
obstruction of Justice and witness
tampering in Her Affidavit

Also NORMA Horne claimed that
Antoine Jones was still engaging
in narcotics-related activities
from His Jail cell with Lawrence
Maynard.

In AUSA Rachel C. Lieber memo
to Warden Harrison, she Requested
for Plaintiff to be place in
Immidiately lockdown at the DC Jail.

In AUSA Rachel Lieber Litigation
she stated there was "rumors"
reported by a confidential source

17

PLS

that the "guys from levels"
wanted to Harm suspected cooperator
AUSA Lieber also cited a letter from
a friend of Mr Jones informing Him
of the whereabouts of a suspected
cooperator. Finally, the government
point to a list of name found in Mr
Jones cell during a search to suggest
that Mr Jones May pose a danger to
government witnesses.

AUSA Rachel Lieber writes in Her
litigation that that since Mr Jones
arrest, Jones Has attempted to
contact Maynard from Jail in a
suspicious manner. According to the
Government, Maynard told His
girlfriend that if she received any
letters from Him (Jones) without
Her name on them, she should give
them to Maynard. The fact that
Jones Has according to the Government;
attempted to contact Maynard
in a surreptitious manner leads
Her to believe Mr Jones continue
His narcotics operation.

AUSA Rachel Lieber believe that

18

Jones in fact made phone calls
to attempt to influence witnesses.

In a memorandum dated March
1 2006, from WARDEN HARRISON to
PLAINTIFF, WARDEN HARRISON explained
Per the U.S Attorney's Office
Request you are to be Placed in
Total Seperation From General
population also place phone Restriction,
mail Restriction and social visit Restriction
Privileges. There fore, you were
place on total Seperation.

## STATement of FACTS

1) On December 2 2005 before
PLAINTIFF was Place in solitary
confinement, the officer took
me to my cell, when I arrived in
the detail Unit, Sgt Porter
explained to me that some federal
officers Has enter and searched
my Jail cell, the officer Allow
me to Packed my Property
When my cell-mate told me that
the fed's searched my property

P (.)

ASK Inmate Tracy McKeithon
did they Have A WARRANT,
MR McKeithon SAID NO.

(Exhibit #2) is A SWORNED AFFIDAVI
that Inmate Terrence SAunders
eloborate on the day the Feds
enter plaintiff cell WHILE I
WAS House in the detail unit,
MR SAunders go into detail WHAT
Happen the day the Feds illegally
enter my JAiL cell on December2 05

I like to direct the court to
MARCH 24 2006 11:30 Am, A
Hearing in PLAINTIFF CRIMINAL
Pretrial. PAge 21 Line 15-18, Line2:
MR. BAlARezo: your HonOR, the
cell seARCH WAS "December 2" is
my understanding, my understand
is that MR Jones WAS PLACED in
Lock down the same day.
Line 22: THe court: December 2, yo

### Conclusion

In many Litigation plaintiff
due diligently complaint And
Argued that WARden Dennis Harris.

20

And AUSA Rachel C. Lieber Allow
some unknown name FBI Agents to
enter and searched Plaintiff cell
on December 2 2005, And AUSA
Rachel Lieber And Warder Dennis
Harrison continue to conceal
this (Unlawful) searched and
Plaintiff 4th Amendment
Violation, Matter of a fact
AUSA Rachel Lieber in the
court of Appeal, duck, dodge
And continued to not Admit or
concede that some of Her
Investigator unlawfully enter
Plaintiff D.C Jail cell on December
2 2005,.

   Special note: For this court to
see and for the Plaintiff to be
Able to show more clear and
convincing evidence on the
unlawfully searched on December
2 2005, Plaintiff is Humbly And
Respectfully Requesting for the
MARCH 24 2006 And the APRIL 24 2006
Hearing be unredacted to it's
fullest, And Also Plaintiff need

December 22, 2005). Memorandum
From U.S department of Justice
United states Attorney office of
District of columbia to the Warden
of DC Jail to be unredacted to it's
fulliest.

To show for a fact that AUSA
Rachel Lieben knew that not only
that Detective Horne Allegation
of Plaintiff obstruction of
Justice, Tampering with witness
and was trying to kill suspected
witnesses, was reckless and a
fabricated story, AUSA Rachel
Lieben knew on 11-30-2005 before
the December 2 2005 unlawful
searched of my DC Jail and illegally
placing me in solitary confinement
Under total separation status,
that the Government Had concrete
statements and evidence that I
was innocent of all obstruction
of Justice Allegation and the
Government should have enter
on searched Plaintiff cell nor
should Plaintiff Have been
place in segregation under

22

Total seperation. See (Exhibit # 3)
A FD-302 Debriefing Interview.

In this debriefing interview, it
goes into detail that FRANK Rawling
was arrested (some one I dont know
and never met), while Rawling was
Arrested in DC Jail the source said
Rawling spoke with several of the
incarcerated conspirators in the
Antoine Jones narcotics Investigation
the source told Rawling that they
had obtained paperwork on their
case which made them believe
that Kirk carter had also been
charged in the conspiracy.
The source stated they believe
that carter was incarcerated on
that charge for only a day or two,
and must be back on the street
because he was "snitching" Rawling
is doing everything he can to spread
the word about carter in the
Hope that some one will kill carter.
The fact is there no where
in this debriefing it says Rawling
spoke with Antoine Jones or even

23

The FACTS is it state that Rawling is doing everything He can to spread the word about Carter "Snitching" in the Hope that someone will kill Carter, m. Antoine Jones or Any cocconspirstor in Plaintiff criminal Investigatio

This information was Known on 11-30-2005, which should Had clear Plaintiff of obstruction of Justice or Any witness tampering.

AUSA Rachel Lieber and Detective Horse Knew the Hearsay Allegation in the 11-30-2005 Debriefing was FAR the truth because they Knew that Kirk Carter was not Arrested on October 24 2005 or before 11-30-2005, there was F.B.I Agents who went to Kirk Carter Job to tell Kirk Carter that someone wanted to Harm Him.

2) The Facts is AUSA Rachel C. Lieber wanted to get A technical Advantage in their Investigatio And Her Goal was to place me in segregation under total separat And no communication with m.

24

codefendant's or any one from the outside that could assist me with my criminal case.

All AUSA Rachel Lieber and Detective NORMA Horne had was unsupported "Rumors" Reported by an unrelated confidential source that the "guys" from Level's wanted to Harm a suspected cooperator (Kirk Carter).

The government also cited a letter from a friend of Mr Jones informing him of the whereabout of a suspected cooperator (Donald Hunter), see (Exhibit #4) where Ms Beverly Johnson go into detail about me asking her to find the whereabout of a close friend (Donald Hunter) and a guy the word on the street that was suspected to be Hot, a snitcher and cooperator for the government, some one I thought my lawyer (Mr Balarezo) would thought could Help our defense.

AUSA Rachel Lieber belief that

Plaintiff was continuing some ty,
of criminal activity mentioning
a letter for Ms Deborah O'neal
through to Lawrence Maynard.

AUSA Rachel Lieber is off tange
with Her allegation about the
letter to Mr Maynard.

(Exhibit # 5) is Ms Deborah O'Nu.
sworned declaration stating that
I called Her giving instruction on
a letter coming to Her House wi
Bryant name on it.

(Exhibit #6) is Mr Brian Wadde
sworned statement explaining the
letter He Received from Ms O'Neo

## Conclusion

Plaintiff DC Jail conversation
will expose the defendants
fabrication and the conversation
are Plaintiff talking to His family,
friends, loveones and business
Associates.

3) For seven years the defendant
continue to conceal they knew it
is a 4th Amendment violation to
illegally listen to Plaintiff DC Jai

Conversation and when warden
Harrison allow the defendants
to received shipment of plaintiff
DC jail conversation.

In plaintiff criminal pretrial,
Mr Balarezo writes in a footnote
in defendant's motion to suppress
Tangible Evidence from defendant
jail cell, (Page 6 footnote 1), Exhibit #7)
The footnote reads: Jones also
moves to suppress these calls because
upon information and belief, "the
government did not obtain these
calls pursuant to a lawfully
authorized subpoena or warrant.

In AUSA Rachel Lieber opposition
in plaintiff criminal trial page
17 (Exhibit #8) and in plaintiff
civil case in the court of appeal page
93 (Exhibit #9), AUSA lieber deceived
and mislead the courts by acting
like she didnt know it was a
4th Amendment Violation and an
18 USC 2510 violation to illegally
received and illegally listen to

Conclusion

Both WARDEN Dennis HARRISON
And AUSA Rachel Lieber knew that
they was not only violating Plaintiff
4th Amendment, they was violating
District of Columbia Department
of CORRECTION. Program statement
4070.13 (e) Monitoring and Recording
inmate Telephone. EXHibit #10

The Program statement Reads: Call
data Record and Recording of
inmate telephone calls Are
considered sensitive and shall
not be Released without a subpoena
or other appropriate legal order.

The Program statement alone is
clean and convincing evidence that
to give the Government shipment
of Plaintiff DC Jail conversation
And illegally listening to Plaintiff
DC Jail conversation by the
Government (AUSA Lieber, Detective
Horne) is a 4th Amendment violation
by all three Defendants

Attorney client communication
Privilege.

Plaintiff enclose as (Exhibit #11)

MARCH 24/2006 1130AM HEARING, WHERE
PLAINTIFF LAWYER MR BALAREGO, STATES
THAT HE IS AN OFFICER OF THE COURT
AND THAT HE GAVE ME INSTRUCTION
PLAINTIFF TO TRY TO FIND POTENTIAL
WITNESSES AND COOPERATING WITNESSES
SO WE COULD PREPARE FOR OUR DEFENSE
AND FOR MY CRIMINAL TRIAL.

ONCE TAINT TEAM PROCEDURES WAS
VIOLATED BY AGENT STEPHEN NAUGLE AND
AGENT BEVINGTON, WHEN BOTH WHO
WAS PART OF PLAINTIFF INVESTIGATION,
AGENT SEARCHED PLAINTIFF MOORE ST
HOUSE AND BEVINGTON MONITOR PLAINTIFF
WIRE TAP CONVERSATION AND TESTIFIED
AT PLAINTIFF TRIAL, THE TAINT PROCEDURE
WAS VIOLATED WHEN THESE AGENTS GAVE
PLAINTIFF ATTORNEY CLIENT COMMUNICATION
TO AUSA RACHEL LIEBER THE PROSECUTOR
WHO PROSECUTING PLAINTIFF CASE.

## CONCLUSION

(EXHIBIT #12) IS COPY OF PLAINTIFF
ATTORNEY CLIENT COMMUNICATION AND
EVIDENCE OF PLAINTIFF DEFENSE FOR
HIS CRIMINAL TRIAL.

The list that the defendant mentione
contain list of names who were
potential defense witnesses, potential
Goverment cooperators and names
in the affidavits.

(Exhibit #12) Is the phone numbers
plaintiff mentioned in the Hearing on
March 24 2006 11:30 Am
    Page 23 line 11-18.
The defendant: I'm trying to understan
Because it seems like right now I'm
being railroad. You are talking about
a list that I can break down to you,
"It is a telephone list". Okay, my
lawyer asked me, we're trying to
prepare for a case. Okay, He asked
me about certain witnesses that
we talk about. Okay. The list
that y'all talking about, "It is a
telephone list."

(Exhibit #13) is the wire Tap affidavi
Plaintiff spoke of on Page 24 of
the 3-24-2006 11:30am Hearing.
    Plaintiff mentioned they were
mental notes from the affidavits
preparing for my defense

30

(Exhibit #14) Is a letter from Beverly Johnson

(Exhibit #15) Are two personal letters one from my wife Deniece Jones and one from my cousin Alonzo Gibson, niether letter was on the warrant attachment A, as property to seize, a clear violation of Rule 41 (F) and plaintiff 4th Amendment.

## Rule 17 Violation

AUSA Rachel C. Lieber tried to build a case with her obstruction of Justice allegation by calling and subpeona Ms Beverly Johnson and Ms Deborah O'Neal to the Grand Jury but to only intercept both Grand Jury witnesses, interviewing both Ladies. In the interview AUSA Rachel found out the truth that Plaintiff was innocent of the obstruction of Justice and witness tampering claim. (Exhibit #16) is Deborah statement at the Government debriefing interviews.

## Conclusion

Defendant AUSA Rachel Lieber
Knew after interviewing both
Ms Beverly Johnson and Ms Deborah
O'neal that there was Never Any
obstruction of Justice by Plaintiff,
this is why she didnt let niether
of the ladies testified in the
Grand Jury, plus she couldn't get
an indictment of obstruction of
Justice because All Alone, it was
A fabricated story complete with
Reckless Hearsay.

(Exhibit # 17) is two court orders
from Honorable Judge Huvelle
over riding AUSA Rachel Lieber
memorandum to place Plaintiff
in segregation under total separation.

The order show clear and
convincing facts that AUSA
Rachel Lieber was in the wrong
for Requesting Plaintiff to be
in solitary Confinement with
out Any court order.

Plaintiff will conclude by saying

32

that in a criminal case, I has a greater legal interest and right network and communicate with his codefendants or potential witnesses to build a complete defense, more so than the government.

I will finish with a paragraph from the 3-24-2006, 11:30 am hearing. Page 28 line 17-20.

The court: I think you better do better, I'm telling you. "I'm ordering it", so, it's not a question of just you either "have to find more humane conditions in the jail"

## Relief sought

Plaintiff is requesting for the court to respond on these serious claims of Dishonesty, fraud on the court and Plaintiff 4th amendment rights violation.

Plaintiff Requesting for a conference hearing so that all parties can present their facts or discuss settlement, or discuss proceeding to a Jury trial.

Respectfully submitted Antoine Jones